Filing # 98280048 E-Filed 11/02/2019 06:08:54 AM

## Affidavit of Service
### In the 18th Judicial Circuit in and for Brevard County, Florida
Case Number: 05-2019-CA-052135

DIANNE LEVESQUE, as Personal Representative of the Estate of DONALD WHITMER, JR., for and on behalf of his children BREANNA NICKOLE WHITMER, NICHOLAS WHITMER, DONALD WHITMER, III DAKOTA WHITMER, TOMMI WHITMER, TREY WHITMER, and BRITTONY WHITMER, Plaintiff
vs
THE CITY OF WEST MELBOURNE, a political subdivision of the State of Florida, JACOB MATHIS (individually), KEVIN KRUKOWSKI (individually), And DANIELLE QUINN (individually), Defendants

To Be Served Upon:
KEVIN KRUKOWSKI
West Melbourne Police Dept
2240 Minton Road
West Melbourne, Fl   32904

Documents:

| ☒ | Summons | ☒ | Notice of Appearance |
|---|---|---|---|
| ☒ | Complaint | ☐ | |

Received the above on 10/29/2019 at 1:30 PM, and Corporate served the same upon Cynthia Hanscom, West Melbourne City Clerk, who is authorized to accept service, on 10/30/2019 at 8:33 AM at the above address.

I Diane Evers, #500, do hereby affirm that the above listed documents were served as follows:

| ☐ | Personal | ☐ | Corporation Registered Agent |
|---|---|---|---|
| ☐ | Substitute/ Usual place of abode | ☒ | Corporation: person authorized to accept |
| ☐ | Substitute: | ☐ | Posted: |

I am over the age of 18 and have no interest in the above action and am a court appointed Certified Civil Process Server in good standing for the 18th Judicial Circuit in the county the service was effected in accordance with the Florida Statutes. No notary required pursuant to Florida State Statutes.


EXHIBIT E

| Multiple Attempts made on: | Returned - Notes: |
|---|---|
| | |
| | |
| | |
| | |

_Diane Evers #500_ (signature)

Diane Evers
Certified Civil Process Server #500
Evers Investigative Services
3250 Aurora Rd.
Melbourne, Fl. 32934
(321) 243-0368

Filing # 97963837 E-Filed 10/28/2019 01:49:38 PM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR BREVARD COUNTY, FLORIDA

CASE NO.: 05-2019-CA- 052135 -XXXX-XX

DIANNE LEVESQUE, as Personal Representative
of the ESTATE OF DONALD WHITMER, JR.,
for and on behalf of his children
BREANNA NICKOLE WHITMER,
NICHOLAS WHITMER, DONALD WHITMER, III,
DAKOTA WHITMER, TOMMI WHITMER,
TREY WHITMER, and BRITTONY WHITMER,

Served on: Cynthia Hawscom
Date: 10/30/19
Time: 8:33 A.m
By Diane Evers #500

    Plaintiff,

vs.

THE CITY OF WEST MELBOURNE,
a political subdivision of the State
of Florida, JACOB MATHIS (individually),
KEVIN KRUKOWSKI (individually),
And DANIELLE QUINN (individually),

    Defendants.
_____/

## SUMMONS

To: **KEVIN KRUKOWSKI**
West Melbourne Police Department
2240 Minton Road
West Melbourne, FL 32904

**YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint in this action on Defendant, KEVIN KRUKOWSKI.

**DATED** on    10/29/2019

By _____
Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez vingt (20) jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier

ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**JOHN VERNON MOORE, ESQUIRE**
**Florida Bar No. 105403**
**Attorney for Plaintiff**

The Law Office of John Vernon Moore, P.A.
3270 Suntree Boulevard, Suite 103-B
Melbourne, Florida 32940

**Email(s):**     CourtDocs@JMooreLegal.com
John@JMooreLegal.com
Kristy@JMooreLegal.com
MichaelBross@BrossLawOffice.com