19-666/01/rkd/mdf

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:19-cv-2187-Orl-40DCI

**DIANNE LEVESQUE**, as Personal Representative of the ESTATE OF DONALD WHITMER, JR., for and on behalf of his children, BREANNA NICKOLE WHITMER, NICHOLAS WHITMER, DONALD WHITMER, III, DAKOTA WHITMER, TOMMI WHITMER, TREY WHITMER, and BRITTONY WHITMER,

      Plaintiff,

vs.

**CITY OF WEST MELBOURNE**, a political subdivision of the State of Florida, **JACOB MATHIS**, and **KEVIN KRUKOWSKI**, Individually,

      Defendants.
_____/

## NOTICE OF SERVING INTERROGATORIES TO PLAINTIFF

The Defendant, JACOB MATHIS, pursuant to M.D. Fla. L.R. 3.03 and Rule 33, Fed.R.Civ.P., hereby propounds Interrogatories to the Plaintiff, DIANNE LEVESQUE, as Personal Representative of the ESTATE OF DONALD WHITMER, JR., which are to be answered within thirty (30) days of the date of service hereof.

      Respectfully submitted,

        s/Lyman H. Reynolds, Jr., Esq.
      LYMAN H. REYNOLDS, JR.
      FBN: 380687
      Roberts, Reynolds, Bedard & Tuzzio, PLLC
      470 Columbia Dr., Bldg. C101
      West Palm Beach, FL 33409
      Phone: 561-688-6560/Fax: 561-688-2343
      E-Service: service_LHR@rrbpa.com
      Email: lreynolds@rrbpa.com
      Attorneys for Defendants Mathis & Krukoski



1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished via email service to all parties on the attached Counsel List this 4th day of February, 2020.

**ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Phone: 561-688-6560/Fax: 561-688-2343
E-Service: service_LHR@rrbpa.com
Email: lreynolds@rrbpa.com
Attorneys for Defendants Mathis & Krukoski

　s/Lyman H. Reynolds, Jr., Esq.
LYMAN H. REYNOLDS, JR.
Florida Bar No: 380687

STYLE: LEVESQUE v. CITY OF WEST MELBOURNE, ET AL.
CASE NO.: 6:19-cv-2187-Orl-40DCI
OUR FILE NO.: 19-666

## COUNSEL LIST

JOHN VERNON MOORE, ESQ.
Law Office of John Vernon Moore, P.A.
3270 Suntree Blvd., Suite 103-B
Melbourne, FL 32940
Counsel for Plaintiff
PHONE: 321-529-7777
FAX: 321-821-0466
E-SERVICE: courtdocs@jmoorelegal.com
            michaelbross@brosslawoffice.com
EMAIL: john@jmoorelegal.com
       michaelbross@brosslawoffice.com
FBN: 105403

MICHAEL J. ROPER, ESQ.
FRANK MARI, ESQ.
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
Counsel for Defendant City
PHONE: 407-897-5150
FAX: 407-897-3332
EMAIL: mroper@bellroperlaw.com
       phermosa@bellroperlaw.com
       fmari@bellroperlaw.com
       ihaines@bellroperlaw.com
FBN:

LYMAN H. REYNOLDS, JR., ESQ.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, FL 33409
Counsel for Defendants Mathis & Krukoski
PHONE: 561-688-6560
FAX: 561-688-2343
E-SERVICE: service_LHR@rrbpa.com
EMAIL: lreynolds@rrbpa.com
       bsmith@rrbpa.com
FBN: 380687

# INTERROGATORIES TO PLAINTIFF, DIANNE LEVESQUE, as Personal Representative of the ESTATE OF DONALD WHITMER, JR.

1. What is your full name (including any maiden names, middle names, or middle initial, if any), address, date of birth, social security number, your relationship to the Decedent?

2. Describe in detail each act or omission on the part of this Defendant that you contend constituted a violation of the Decedent's rights under the Fourth Amendment.

3. Has the Decedent ever been arrested? If so, state the date of each arrest and conviction, the name of the officer who made each arrest, the name of the political subdivision that employed him, the crime of which he were accused, the court in which he was accused in, and the final disposition of any action that was instituted on each charge, including any sentence(s) imposed.

4. List any and all prior accidents, lawsuits, or claims for person injury or disability (including but not limited to Worker's Compensation, Social Security, FMLA) in which the Decedent had been involved.

5. Did the Decedent wear glasses, contact lenses, or hearing aids? If so, who prescribed them, when were they prescribed, and when were the Decedent's eyes last examined and by whom?

6. State the names and addresses of all counselors, psychologists, psychiatrists or other health care providers who have provided care to any survivor of the Decedent prior to the Decedent's death and any survivor subsequent to the Decedent's death, and as to each describe the type of care and the dates it was rendered and the cost of care.

7. List the names and business addresses of all physicians, medical facilities, or other health care providers by whom or at which the Decedent had been examined or treated in the past 10 years and state as to each the dates of examination or treatment and the condition or injury for which the Decedent was examined or treated.

8. Please state the date, time, and place of the Decedent's death and the names and addresses of all persons present at that time, including any doctors, nurses or other medical persons in attendance.

9. Other than the injury or physical condition allegedly resulting in the death of the Decedent, list in detail any type of prior disability or physical infirmities suffered by the Decedent, giving the dates and by whom treated. Please include within this response all physical, mental, emotional and medical conditions, disabilities and/or ailments.

10. Please state the names and present addresses of all persons who do or may have knowledge concerning the facts upon which the issues of this suit are based, including but not limited to, eyewitnesses and others with knowledge of the facts and circumstances, as well as, all doctors and others having information concerning the medical and/or physical condition of the Decedent.

11. State what photographs, if any, exist with respect to the issues of this suit, the names and addresses of the photographer and the custodian of the photographs.

12. Please provide the name and address of the decedent, DONALD WHITMER, JR..'s, cellular telephone service provider and his cellular telephone number in service at the time of the incident described in the Amended Complaint.

13. List the name, residence address, business address and telephone number of each person believed or known by you, your agents or attorneys to have heard or who is purported to have heard any of the Defendants make any statement, remark or comment concerning the incident described in the Amended Complaint and the substance of each statement, remark or comment.

14. With reference to the Decedent's employment for the ten (10) years preceding his death, please state as to each employment the address of the employer, dates of employment, duties performed and rate of pay.

15. What was the Decedent's net income in each of the past five (5) years prior to his death, including a listing of all sources of income?

16. Please specify each and every fact which supports your allegations that this Defendant "willfully and recklessly engaged THE DECEDENT by using an improper chokehold maneuver..." as alleged in Paragraph 21 of Plaintiff's Amended Complaint.

17.     Please specify each and every fact which supports your allegations that this Defendant used excessive, unnecessary, and unreasonable force as alleged in Paragraph 36 of Plaintiff's Amended Complaint.

_____
DIANNE LEVESQUE

STATE OF FLORIDA       )
                       ) SS:
COUNTY OF _____)

BEFORE ME, the undersigned authority, personally appeared, DIANNE LEVESQUE, who, after being duly sworn, deposes and states that he is the individual who has answered the foregoing and that said answers are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me this ____ day of _____, 2020.

_____
Notary Public

_____
Printed Notary Signature

Personally Known ___ OR Produced Identification
Type of Identification Produced: _____