UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.:6:19-cv-2187-Orl-40DCI

DIANNE LEVESQUE as Personal
Representative of the ESTATE OF
DONALD WHITMER, JR.,
for and on behalf of his children
BREANNA NICKOLE WHITMER,
NICHOLAS WHITMER, DONALD WHITMER, III.,
DAKOTA WHITMER, TOMMI WHITMER,
TREY WHITMER, BRITTONY WHITMER,

    Plaintiff,

vs.

CITY OF WEST MELBOURNE, a
political subdivision of the State of
Florida; JACOB MATHIS,
Individually,
KEVIN KRUKOSKI, Individually,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SERVICE OF ANSWERS TO DEFENDANT,
CITY OF WEST MELBOURNE'S FIRST SET INTERROGATORIES**

    **COMES NOW,** the Plaintiff, **DIANNE LEVESQUE as Personal Representative of the ESTATE OF DONALD WHITMER, JR.,** by and through the undersigned attorney, files her Notice of Service of Answers to Interrogatories propounded by the Defendant on January 29, 2020.

CERTIFICATE OF SERVICE LOCATED ON THE NEXT PAGE

Page **1** of **3**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy hereof has been furnished via email service to all parties on the attached Counsel List this 28th day of February 2020.

                         */s/ John Vernon Moore /s/*
                         **JOHN VERNON MOORE, ESQUIRE**
                         Florida Bar No. 105403
                         ***The Law Office of John Vernon Moore, P.A.***
                         700 N. Wickham Road, Suite 206
                         Melbourne, Florida 32935
                         Tel. (321) 529-7777
                         Fax (321) 821-0466
                         E-Mail:
                             John@JMooreLegal.com
                             CourtDocs@JMooreLegal.com
                             michaelbross@brosslawoffice.com
                         *Attorney for Plaintiffs*

STYLE: LEVESQUE v. CITY OF WEST MELBOURNE, ET AL.
CASE NO.: 6:19-cv-2187-Orl-40DCI
OUR FILE NO.: 19-666

## COUNSEL LIST

MICHAEL J. ROPER, ESQ.
FBN: 473227
FRANK MARI, ESQ.
FBN: 93243
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
Counsel for Defendant City
PHONE: 407-897-5150
FAX: 407-897-3332
EMAIL: mroper@bellroperlaw.com, fmari@bellroperlaw.com

LYMAN H. REYNOLDS, JR., ESQ.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, FL 33409
Counsel for Defendants Mathis, Krukoski & Quinn
PHONE: 561-688-6560
FAX: 561-688-2343
E-SERVICE: service_LHR@rrbpa.com, lreynolds@rrbpa.com
FBN: 380687

Page **3** of **3**

## FIRST SET OF INTERROGATORIES TO PLAINTIFF

  1. Describe in detail each and every policy, custom, or widespread practice of the City of West Melbourne that you contend caused or was the moving force behind the alleged deprivation of one or more of Donald E. Whitmer, Jr.'s federally-protected rights on May 21, 2018.

ANSWER:

**Objection; overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. To the extent that Plaintiff understands this request, and not withstanding this objection, Plaintiff contends that no policy exists to warrant the deliberate and gross negligence leading to Donald Whitmer, Jr.'s homicide.**

  2. Describe in detail all facts and circumstances that support your contention that a policy, custom, or widespread practice (or two or more of the foregoing) of the City of West Melbourne caused or was the moving force behind the alleged deprivation of one or more of Donald E. Whitmer, Jr.'s federally-protected rights on May 21, 2018.

ANSWER:

**Objection, the question calls for a professional opinion from a layman; consequently the question is oppressive, harassing, and without a foundational showing of competency.**

  3. Describe in detail all facts and circumstances you contend support your allegation that the City of West Melbourne breached its duty to properly train, supervise, and discipline its employees and agents (Am. Compl. ¶¶ 40-41), including the manner in which each and every supposed breach of such duty caused or was the moving force behind the alleged deprivation of one or more of Donald E. Whitmer, Jr.'s federally-protected rights on May 21, 2018.

ANSWER:

**Objection, the question calls for a professional opinion from a layman; consequently the question is oppressive, harassing, and without a foundational showing of competency.**

## VERIFICATION

*Dianne Levesq* [signature]

DIANNE LEVESQUE, as Personal Represe
of the Estate of Donald Whitmer

STATE OF FLORIDA

COUNTY OF BREVARD)

The foregoing interrogatory answers were sworn to, and this affidavit subscribed t me this on this 28TH day of February, 2020, by DIANNE LEVESQUE, as Perso Representative of the Estate of Donald Whitmer, who (check one): [X] is personally kno me or [ ] produced _____ as identification.

_____
Notary Public

My Commission Expires:

[NOTARY SEAL]

[Notary seal: JOHN V. MOORE-GRIGALTUNAS, NOTARY PUBLIC, STATE OF FLORIDA, My Comm. Expires 11/5/2022, No. GG236939]

Page 4 of 4