

# WEST MELBOURNE POLICE DEPT
## CASE REPORT
2290 Minton Road
West Melbourne FL 32904

CASE# **2018-00036323**

## EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|
| 12/09/2018 11:19 | Battery | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE | |
| 12/09/2018 11:10 | 12/09/2018 11:18 | 845 PALM BAY RD West Melbourne, FL 32904 | |

## OFFENSES

| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| 948.06 os<br>VOP On Site | 1 | Commit |
| 843.01<br>Resist Officer W Violence-Simple Asslt | 1 | Commit |
| 784.03.1a1.<br>Battery | 1 | Commit |

## 01 SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | PRIMARY PHONE |
|---|---|---|
| Adult Suspect | EDWARDS, GREGORY LLOYD | |
| ADDRESS (STREET, CITY, STATE, ZIP) | | PHONE #2 |
| 4029 GARDENWOOD CIR GRANT VALKARIA, FL 32949 | | |

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE | EYES | HAIR |
|---|---|---|---|---|---|---|---|
| 09/23/1980 | 38 | Male | Black or African American | 5'11 | 172 | | |

| DL NUMBER/STATE | SSN | ALIAS (LAST, FIRST, MIDDLE) |
|---|---|---|
| E363292803430 / FL | | |

| EMPLOYER NAME AND ADDRESS | SCARS, MARKS OR TATTOOS |
|---|---|
| | |

## 02 SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | PRIMARY PHONE |
|---|---|---|
| Adult Victim | MICH, MICHAEL RAYMOND | (609)284-1754<br>Cellular Phone |
| ADDRESS (STREET, CITY, STATE, ZIP) | | PHONE #2 |
| 528 WATERFRONT ST MELBOURNE, FL 32934 | | |

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE | EYES | HAIR |
|---|---|---|---|---|---|---|---|
| 05/26/1965 | 53 | Male | White | 5'10 | | | |

| DL NUMBER/STATE | SSN | ALIAS (LAST, FIRST, MIDDLE) |
|---|---|---|
| M200556651860 / FL | | |

| EMPLOYER NAME AND ADDRESS | SCARS, MARKS OR TATTOOS |
|---|---|
| | |

I swear/affirm the above and attached statements are true and correct. WMPD Patrol

Sworn to and subscribed before me the undersigned authority. Notary/Law Enforcement Officer in performance of official duties Personally Known

| WRITTEN BY | DATE | NOTARIZED BY | DATE |
|---|---|---|---|
| Krukoski Kevin 0719 | 12/09/2018 | Perez, Michael | 12/10/2018 |
| APPROVED BY | DATE | | |
| Perez, Michael | 12/09/2018 | Document Electronically Signed | |



# WEST MELBOURNE POLICE DEPT
## CASE REPORT
2290 Minton Road
West Melbourne FL 32904

CASE# **2018-00036323**

## ADDITIONAL SUBJECTS

**SUBJECT 03**
- JACKET/SUBJECT TYPE: Adult Witness
- NAME (LAST, FIRST, MIDDLE SUFFIX): KOONCE, LEBRANDON JAMAAL
- PRIMARY PHONE: (321)953-8162 Cellular Phone
- PHONE #2:
- ADDRESS (STREET, CITY, STATE, ZIP): 1383 JARVIS ST NW PALM BAY, FL 32907
- DOB: 08/31/1987
- AGE or AGE RANGE: 31
- SEX: Male
- RACE: Black or African American
- HEIGHT or RANGE: 6'1
- WEIGHT or RANGE:
- EYES:
- HAIR:
- DL NUMBER/STATE: K520530873110 / FL
- SSN:
- ALIAS (LAST, FIRST, MIDDLE):
- EMPLOYER NAME AND ADDRESS:
- SCARS, MARKS OR TATTOOS:

**SUBJECT** (blank)

**SUBJECT** (blank)

**SUBJECT** (blank)

WMPD Patrol

| WRITTEN BY | DATE | APPROVED BY | DATE |
|---|---|---|---|
| Krukoski Kevin 0719 | 12/09/2018 | Perez, Michael | 12/09/2018 |



# WEST MELBOURNE POLICE DEPT
## CASE REPORT

2290 Minton Road
West Melbourne FL 32904

CASE #
**2018-00036323**

## NARRATIVE

On December 9, 2018 at approximately 1120 hours I was dispatched to 845 Palm Bay Rd (Walmart) in reference to Officer Mathis advising he was flagged down while driving through the parking lot and advised there had been a battery in the parking lot. Ofc Mathis then advised dispatch he needed additional officers due to the suspect resisting arrest. The following occurred in substance:

Upon arrival I located Ofc Mathis near the east entrance doors to Walmart on the ground with a bystander helping him hold the suspect, later identified as Gregory Edwards, to the ground. Upon approaching Ofc Mathis he advised he needed leg restraints, I ran back to my car to retrieve a Hobble leg restraint and placed it around Edwards' knees to keep him from kicking. I then returned to my car and retrieved leg shackles to place on his ankles as well. Edwards was then moved to my patrol vehicle and a search was conducted prior to putting him in the vehicle. Edwards was then placed in my patrol vehicle and checked by Brevard County Fire Rescue and cleared.

I was notified that the victim of the battery was in the back of the ambulance and I went to make contact with him. The victim Michael Mich advised he was loading a box truck with toys for underprivileged kids when he saw Edwards climb into the back of the box truck where the toys were. Mich advised he asked his employee Lebrandon Koonce to get him out of the truck. Koonce asked Edwards to exit the vehicle and then escorted him off of the truck. Mich then advised as he was walking to the front of the truck when he felt someone start punching him from behind. Mich started yelling for help and Koonce heard him yelling and jumped from the back of the truck to see what was going on. Koonce then observed Edwards hitting Mich from behind and grabbed Edwards from and pulled him off of Mich. Koonce then pinned Edwards to the ground and waited for law enforcement to arrive. Mich advised he did not know Edwards and has never spoken to him before today. Mich advised he did wish to pursue battery charges against Edwards. Mich had minor injuries consisting of bruising to his arms and head and minor abrasions on his neck.

Sgt Perez spoke to Edwards' wife who was on scene and was able to provide Gregory Edwards information and also advised Edwards is former military and suffers from Post-Traumatic Stress Disorder and every year around the holidays he becomes manic. She had advised that she had brought him to WalMart because she was afraid he would harm himself if left alone. He had an appointment with the VA tomorrow, regarding his PTSD and the fact that he is not taking the medication prescribed to him. She also described him as being paranoid.

A search of Edwards' information was run and it returned showing Edwards was on felony probation. Edwards was charged with Violation of Probation (On Site), Resisting and Officer with Violence, and Battery.

Due to Edwards being combative he was directly transported to the Brevard County Jail. During the transport Edwards became agitated again and began kicking, stomping, and screaming while in the back seat. Brevard County Jail Deputies were waiting for my arrival and assisted in removing Edwards from my vehicle and bringing him into the booking room. Due to his behavior and information provided by his wife Edwards was Baker Acted upon arrival at the jail.

See supplement reports by Ofc Mathis and Sgt Perez.

**WMPD Patrol**

| WRITTEN BY | DATE | APPROVED BY | DATE |
|---|---|---|---|
| **Krukoski Kevin 0719** | **12/09/2018** | **Perez, Michael** | **12/09/2018** |



# WEST MELBOURNE POLICE DEPT
## CASE REPORT
2290 Minton Road
West Melbourne FL  32904

CASE #

**2018-00036323**

## NARRATIVE (continuation)

This completes my involvement in this case. This case is cleared by arrest. Forward to Records and SAO.

Enclosures:

Copy of 923.01

Copy of Baker Act

Battery Affidavit

Statement of Facts

Property Receipt

Copy of Surveillance Footage

Digital Media Submission Form

**WMPD Patrol**

| WRITTEN BY | DATE | APPROVED BY | DATE |
|---|---|---|---|
| **Krukoski  Kevin   0719** | **12/09/2018** | **Perez, Michael** | **12/09/2018** |