

# WEST MELBOURNE POLICE DEPT

## CASE SUPPLEMENT

2290 Minton Road
West Melbourne FL  32904

CASE#

**2018-00036323**

## EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| **12/9/2018    11:19** | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| | | |

## OFFENSES

| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE  SUFFIX) | PRIMARY PHONE |
|---|---|---|
| ADDRESS (STREET, CITY, STATE, ZIP) | | PHONE #2 |

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE | EYES | HAIR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| DL NUMBER/STATE | SSN | ALIAS (LAST, FIRST, MIDDLE) |
|---|---|---|
| EMPLOYER NAME AND ADDRESS | SCARS, MARKS OR TATTOOS | |

## SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE  SUFFIX) | PRIMARY PHONE |
|---|---|---|
| ADDRESS (STREET, CITY, STATE, ZIP) | | PHONE #2 |

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE | EYES | HAIR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| DL NUMBER/STATE | SSN | ALIAS (LAST, FIRST, MIDDLE) |
|---|---|---|
| EMPLOYER NAME AND ADDRESS | SCARS, MARKS OR TATTOOS | |

I swear/affirm the above and attached statements are true and correct.                                   **WMPD Patrol**

Sworn to and subscribed before me the undersigned authority.  Notary/Law Enforcement Officer in performance of official duties Personally Known

| WRITTEN BY | DATE | NOTARIZED BY | DATE |
|---|---|---|---|
| **Mathis  Jacob    0712** | **12/09/2018** | **Perez, Michael** | **12/09/2018** |

| APPROVED BY | DATE | |
|---|---|---|
| **Perez, Michael** | **12/09/2018** | **Document Electronically Signed** |



# WEST MELBOURNE POLICE DEPT

## CASE SUPPLEMENT

2290 Minton Road
West Melbourne FL 32904

CASE #

**2018-00036323**

---

## NARRATIVE

On 12/09/2018 I was conducting routine patrol within the area of 845 Palm Bay Road (Walmart). Upon arrival I investigated the following in substance.

I observed a unidentified black male run up to me within the parking lot. The male advised there was a separate male on the ground possibly in a fight. The male advised this altercation was happening at the WalMart entrance.

I advised dispatch there was a possible suspicious incident and Bolo'd the area at this time. I observed a black male later identified as Lebrandon Koonce on top of the suspect identified as Gregory Edwards. Lebrandon advised Gregory hit his boss and he was holding him until police arrived. I instructed Lebrandon to remove himself from Gregory at this time and I would take over.

As soon as Lebrandon removed himself from on top of Gregory, Gregory tried to break free. I got on top of Gregory in full police uniform at this time and a struggle ensued. Gregory continued to kick and flail his arms in an attempt to escape from my grasp. I tried to handcuff Gregory yielding negative results. During the this time, it appeared that Gregory tried to bite at my arms at least once.

I gave Gregory several verbal commands to "calm down" and "stop resisting" in an effort to help calm him down yielding negative results. Upon backup arriving on scene, Gregory was eventually placed under arrest and charged with resisting with violence, as well as other charges.

Please refer to Officer Krukoski's full case report for further information.

This concludes my involvement in this case. Forward to Records and the SAO.

Enclosures:
Digital Media Submission

---

**WMPD Patrol**

| WRITTEN BY | DATE | APPROVED BY | DATE |
|---|---|---|---|
| **Mathis  Jacob    0712** | **12/09/2018** | **Perez, Michael** | **12/09/2018** |