

# WEST MELBOURNE POLICE DEPT

## CASE SUPPLEMENT

2290 Minton Road
West Melbourne FL 32904

CASE#
**2018-00036323**

## EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|
| 12/9/2018   11:19 | | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE | |

## OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | PRIMARY PHONE |
|---|---|---|
| ADDRESS (STREET, CITY, STATE, ZIP) | | PHONE #2 |

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE | EYES | HAIR |
|---|---|---|---|---|---|---|---|

| DL NUMBER/STATE | SSN | ALIAS (LAST, FIRST, MIDDLE) |
|---|---|---|
| EMPLOYER NAME AND ADDRESS | | SCARS, MARKS OR TATTOOS |

## SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | PRIMARY PHONE |
|---|---|---|
| ADDRESS (STREET, CITY, STATE, ZIP) | | PHONE #2 |

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE | EYES | HAIR |
|---|---|---|---|---|---|---|---|

| DL NUMBER/STATE | SSN | ALIAS (LAST, FIRST, MIDDLE) |
|---|---|---|
| EMPLOYER NAME AND ADDRESS | | SCARS, MARKS OR TATTOOS |

---

| I swear/affirm the above and attached statements are true and correct. **WMPD Patrol** | Sworn to and subscribed before me the undersigned authority. Notary/Law Enforcement Officer in performance of official duties Personally Known |
|---|---|
| WRITTEN BY — **Perez  Michael   0762** — DATE **12/09/2018** | NOTARIZED BY — **Erenstoft, Graig** — DATE **12/13/2018** |
| APPROVED BY — **Erenstoft, Graig** — DATE **12/13/2018** | **Document Electronically Signed** |



# WEST MELBOURNE POLICE DEPT
## CASE SUPPLEMENT
2290 Minton Road
West Melbourne FL 32904

CASE #
**2018-00036323**

## NARRATIVE

West Melbourne Police Department

Patrol Section Report

Sergeant Michael Perez #762

CR# 2018-00036323

On 12-09-18 at approximately 1119 hours I heard Ofc Mathis notify dispatch that he was getting a walk up about a male falling at WalMart. At the same time BCSO Dispatch was advising that a Battery complaint was being called in. Moments later Ofc Mathis advised he was on scene and requested another unit. Ofc Krukoski and I responded from the West Melbourne Police Department. While responding Ofc Mathis requested that responding units expedite their response. Dispatch contacted Palm Bay Police Department and requested officers to respond if they were in the area of Palm Bay Rd, concerning an officer in a fight with a subject.

I arrived on scene and observed Ofc Mathis was holding a subject on the ground. There were Palm Bay Police Officers on scene and West Melbourne Officers were arriving. I learned the Subject had been detained in handcuffs and the Brevard County Fire Rescue (medics) were arriving on scene. I eventually made contact with a female identified as Kathleen Edwards, who stated she was the male's wife. She advised the following.

Her husband, identified by her as Gregory Edwards, is a retired Combat Medic diagnosed with PTSD. She stated he has been out of the military for years, and has been acting "manic." She stated that it seems to get worse around Christmas and last year he was Baker Acted around the same time. While in the hospital he battered a medic or a nurse and was charged with a crime and was on probation now because of it. She stated that he has not slept in 3 or 4 days, regularly walks around the house talking about people outside and often wakes up their daughter checking on her as if something is wrong. She stated he has never been violent towards her or the child, but she was concerned that if he was left home alone he might harm himself. She brought him to Walmart with her and thought he was behind her when she walked inside with the child. She stated that he had an appointment scheduled for tomorrow with the Veterans Affairs (VA). She stated last year when he was Baker Acted he was given counseling for the PTSD. He is prescribed medication but she is pretty sure he is not taking it.

I spoke with a male who stated the male (Edwards) began striking him from behind for no reason and that he had not had any contact prior to being attacked. One of his employees exited the truck and helped pull Edwards away from him. I spoke with the male who had been in the truck and he stated the following. The box truck was parked with the roll up door open and the employees were moving toys from the store to the truck. The male (Edwards) entered the cargo area

WMPD Patrol

| WRITTEN BY | DATE | APPROVED BY | DATE |
|---|---|---|---|
| Perez Michael 0762 | 12/09/2018 | Erenstoft, Graig | 12/13/2018 |


## NARRATIVE (continuation)

of the truck and the Witness told him to get out. Edwards took off his shoes (slides), began laughing and then fell backwards onto the bags of toys lying down. The male tried to get Edwards out of the truck and nothing physical occurred inside. Moments later he heard his boss calling for help and observed Edwards striking his boss. He exited the truck, pulled Edwards off his boss, took him to the ground and held him until law enforcement arrived. I did not get the names of the Victim or Witness, but the explanation they provided was recorded by my department issued body camera. Shortly after the officers on scene collected affidavits and statements from these 2 men.

About an hour later I met with WalMart loss prevention officer Jordan Hutchings and viewed and obtained security video for the incident. This video was turned over to Ofc Krukoski (chain of custody) to be entered into evidence as KK1.

This concludes my involvement in this case. Forward to Records and the SAO.

Enclosures:

Digital Media Submission Form

**WMPD Patrol**

| WRITTEN BY | DATE | APPROVED BY | DATE |
|---|---|---|---|
| Perez  Michael   0762 | 12/09/2018 | Erenstoft, Graig | 12/13/2018 |