UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIANNE LEVESQUE, as Personal
Representative of the Estate of
Donald Whitmer, Jr., for an on behalf of his
Children Breanna Nickole Whitmer,
Nicholas Whitmer, Donald Whitmer, III,
Dakota Whitmer, Tommi Whitmer, Trey
Whitmer, Brittony Whitmer,

    Plaintiff,

v.

CITY OF WEST MELBOURNE, JACOB
MATHIS, KEVIN KRUKOWSKI, and
DANIELLE QUINN,

    Defendants.
_____/

Case No. 6:19-cv-2187-Orl-40DCI

## NOTICE OF PRODUCTION FROM NON-PARTIES

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, you are hereby notified that after ten (10) days from the date of this notice the undersigned will issue subpoenas in the form attached hereto, for production of the items listed at the time and place specified in the subpoenas, to the following non-parties:

1.     Records Custodian
   Florida Department of Children & Family Services
   1317 Winewood Boulevard
   Room 202, Building 1
   Tallahassee, FL

2.     Records Custodian
   Ohio Dept of Job and Family Services
   1111 E. Broad Street #201
   Columbus, OH   43205

3.     Records Custodian
   People Ready
   1015 A Street
   Tacoma, WA   98402

4.     Records Custodian
   Dublin Irrigation
   7570 Fishel Drive S
   Dublin, Ohio   43016

5.     Records Custodian
   TD Bank
   1701 Route 70 East
   Cherry Hill, NJ   08034

6.     Records Custodian
   Western Union
   7001 E. Belleview
   Denver. CO   80237

7.     Records Custodian
   Direct TV
   2230 E. Imperial Highway
   El Segundo, CA   90245

8.     Records Custodian
   Walmart
   702 S.W. 8th Street
   Bentonville, AK   72716

9.     Records Custodian
   Boost Mobile
   9060 Irvine Center Drive
   Irvine, CA   92618

10.    Records Custodian
    People Ready
    1015 A Street
    Tacoma, WA   98402

11.    Records Custodian
    Brevard County Jail
    860 Camp Road
    Cocoa, FL   32927

12. Records Custodian
    Aspire Health Partners
    4670 Lipscomb St #11
    Palm Bay, FL   32905

13. Records Custodian
    Florida Dept. of Health – Brevard County
    601 E. University Boulevard
    Melbourne, FL   32901

14. Records Custodian
    AdventHealth Orlando
    601 E. Rollins Street
    Suite 400
    Orlando, FL   32803

15. Records Custodian
    Osceola Regional Hospital
    700 W. Oak Street
    Kissimmee, FL   34741

16. Records Custodian
    Ohio Health Doctors Hospital
    5100 W. Broad Street
    Columbus, OH   43228

17. Records Custodian
    Holmes Regional Hospital
    1350 Hickory Street
    Melbourne, FL   32901

18. Records Custodian
    Eyeglass World
    928 W. New Haven Avenue
    Melbourne, FL   32901

Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari, Esquire
Florida Bar No. 93243
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL   32803

Telephone: (407) 897-5150
Facsimile: (407) 897-3332
fmari@bellroperlaw.com
ihaines@bellroperlaw.com
Attorney for Defendant City of West Melbourne

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF on this 14th day of August, 2020, to

| **John V. Moore, Esquire**<br>FBN: 105403<br>The Law Office of John Vernon Moore, P.A.<br>700 N. Wickham Road, Suite 206<br>Melbourne, FL 32935<br>john@jmoorelegal.com;<br>courtdocs@jmoorelegal.com;<br>michaelbross@brosslawoffice.com<br>kristy@jmoorelegal.com<br><br>**Gary Holland, Esquire**<br>FBN: 860610<br>997 South Wickham Road<br>West Melbourne, FL 32904<br>gholland@brosslawoffice.com<br>chrissy@brosslawoffice.com<br>*Counsel for Plaintiff* | **Lyman H. Reynolds, Jr., Esquire**<br>FBN: 380687<br>**Andrea G. Amigo, Esquire**<br>FBN: 11026<br>Roberts, Reynolds, Bedard & Tuzzio, PLLC<br>470 Columbia Drive, Bldg. C101<br>West Palm Beach, FL 33409<br>lreynolds@rrbpa.com<br>rdavis@rrbpa.com<br>bsmith@rrbpa.com<br>aamigo@rrbpa.com<br>*Counsel for Defendants Jacob Mathis, Kevin Krukoski and Danielle Quinn* |
|---|---|

/s/ Frank Mari
Frank M. Mari, Esquire
Florida Bar No. 93243
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
fmari@bellroperlaw.com
ihaines@bellroperlaw.com
Attorney for Defendant City of West Melbourne

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Dianne Levesque, as PR of Estate of D. Whitmer, Jr.<br>*Plaintiff*<br>v.<br>City of West Melbourne, et al.<br>*Defendant* | )<br>)<br>)  Civil Action No. 6:19-cv-2187-Orl-40DCI<br>)<br>)<br>) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Florida Department of Children & Family Services
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit.

| Place: THIS IS FOR MAILING RECORDS ONLY. PLEASE MAIL THE REQUESTED RECORDS TO THE ADDRESS LISTED BELOW. | Date and Time:<br>09/08/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/25/2020

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____<br>*Signature of Clerk or Deputy Clerk* | | /S/ Frank M. Mari<br>*Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
City of West Melbourne                                                                    , who issues or requests this subpoena, are:
Frank M. Mari, Esquire, Bell & Roper, P.A., 2707 East Jefferson Street, Orlando, FL 32803

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 6:19-cv-2187-Orl-40DCI

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

Case 6:19-cv-02187-PGB-DCI   Document 90-1   Filed 09/23/20   Page 7 of 8 PageID 1196

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# EXHIBIT "A"

Any and all records pertaining to **Donald Edward Whitmer, Jr., DOB** ▆▆/1972, **SSN** ▆▆▆▆▆ which shall include any and all records pertaining to Donald Edward Whitmer, Jr.'s children and grandchildren as outlined below:

**Children:**

| Name | DOB/SSN |
|---|---|
| Breanna Whitmer | DOB ▆▆/1998; SSN ▆▆▆▆ |
| Nicholas Whitmer | Believe DOB and SSN to be: DOB ▆▆/2002; SSN ▆▆▆▆ |
| Donald W. Whitmer, III | Believe DOB and SSN to be: DOB ▆▆/1985; SSN ▆▆▆▆ |
| Dakota Whitmer | Believe DOB and SSN to be DOB ▆▆/02; SSN ▆▆▆▆ |
| Tommi Whitmer | Believe DOB and SSN to be DOB ▆/▆/93; SSN ▆▆▆▆ |
| Trey Whitmer | Believe DOB and SSN to be DOB ▆▆/93; SSN ▆▆▆▆ |
| Brittony Whitmer | Believe DOB and SSN to be DOB ▆▆/1993; SSN ▆▆▆▆ |
| P▆▆ W▆▆ | Believe DOB to be ▆▆/04 |

**Grandchildren:**
A▆▆ W▆▆
J▆▆ W▆▆