# COCOA POLICE DEPARTMENT
## CASE REPORT
1226 King St
Cocoa, FL 32922

CASE # **2016-00009467**

## NARRATIVE

▓▓▓▓▓, a nurse at Wuesthoff Hospital, came to the Cocoa Police Department to report a conversation between herself and Diane LaVegue while working at the hospital. ▓▓▓ stated that LaVegue, George was not sure that that was her correct name, told her that Donald Whitmer and ▓▓▓▓▓▓▓▓▓ do illegal drugs together and have a sexual relationship with each other.

▓▓▓▓▓ contacted D.C.F. and spoke with Stephanie ID #552 and reported the incident. ▓▓▓▓ then came to the Cocoa Police Department to also report it.

Donald Whitmer and ▓▓▓▓▓▓▓▓ were at 4150 West King Street (Budget Inn) on 2/26/2016 when Cocoa Police Department made contact with them and Donald was transported to Wuesthoff Hospital and ▓▓▓▓ was taken into custody and transported to J.D.C. (see case #2016-8962).

I made contact with J.D.C. and they stated that ▓▓▓▓▓▓▓ was released from J.D.C. on 2/27/2016 and was now at Crosswinds in Cocoa. I made contact with Crosswinds and they did state as of 2/29/2016 ▓▓▓▓ was staying at Crosswinds. I made contact with Wuesthoff Hospital and they stated that Donald Whitmer was still at the hospital as of 2/29/2016.

I made contact with Wuesthoff Hospital and they stated that Donald Whitmer's has a girlfriend who stays with him at the hospital and she usually there all night.

I made Sgt. Marchica and Sgt. Mills aware of the incident.

| REPORTING OFFICER | DATE 2/29/2016 | REVIEWED BY | DATE 2/29/2016 |
|---|---|---|---|

Case Report 2016-00009467 Page 3 OF 4

 

# COCOA POLICE DEPARTMENT
## SUPPLEMENTAL REPORT

DEFENDANT:             Donald Edward Whitmer Jr.
C.R. NUMBER:           2016-00009467
ORIGINAL REPORT DATE:  02/29/16
INCIDENT TYPE:         Sexual Battery
REPORTING DETECTIVE:   Branda Marchica
DATE:                  02/03/16
VICTIM:

On 02/26/16, _____ notified the Cocoa Police Department (CPD) that ____ Donald Edward Whitmer Jr., was making suicidal statements and was in the bathroom possibly banging his head on the walls and screaming, (CPD 2016-00008962). CPD officers arrived and made contact with the ____ who they thought might be having a bad reaction to some sort of narcotics. Brevard County Fire Rescue was called and transported the ____ to Wuesthoff Hospital under a Baker Act. The ____ condition worsened and became critical. ____ had an active TICO and ____ was turned over to the Juvenile Detention Center (JDC). JDC ultimately turned ____ over to Crosswinds Youth Shelter because of ____ condition.

On 02/29/16, Officer Thomas Horton took a report from a nurse who was taking care of the ____ at Wuesthoff Hospital who advised that the ____ girlfriend named Diane Levesque, date of birth: ____/66, made statements to the nurse that the ____ and ____ do drugs together and then have sexual relations.

On 02/29/16, I responded to Crosswinds Youth Shelter where I made contact with ____. The conversation was recorded with my digital recorder and later placed into the evidence section labeled as Item BM1. ____ detailed what occurred with ____ on 02/26/16 and denied that ____ ever saw ____ do any drugs or take any pills. ____ denied that ____ does or did any prescription or illegal drugs either. ____ denied that ____ has ever been inappropriate with ____ and denied any sexual contact with ____ in any way. ____ said that ____ girlfriend, Diane, has made statements like this in front of ____ in the past because she is jealous of ____ and ____ relationship. ____ felt like Diane was very immature to say things like that because ____ and ____ have a strong ____ relationship and nothing more or inappropriate.

I then responded to Wuesthoff Hospital where the ____ was still in the Intensive Care Unit (ICU). I made contact with Diane in a conference room and the conversation was recorded with my digital recorder and later placed into the evidence section labeled as Item BM2. Diane admitted that she made statements about her being jealous of ____ and ____ relationship and said she was sorry if it came across they were actually having a sexual relationship. Diane denied that she has ever seen ____ and ____ act inappropriately or that either of them ever said anything appropriate was going on. Diane said that she just gets

jealous because the          won't help her pay for certain things but he bought          a cell phone. Diane kept apologizing for blowing anything out of proportion.

Officer Horton also told me that the nurse called the Department of Children and Family Services (DCF) along with law enforcement. Child Protective Investigator (CPI) Tyesha Alexander was assigned to investigate as well. I spoke with Tyesha who said that she would be closing out her case with no indicators as far as the sexual allegations. Tyesha said that she is waiting on documentation from Ohio DCF workers to prove actual guardianship of          who claims that          maternal grandfather has custody of   . If he does have legal guardianship,          will be taken back to Ohio.

Reporting Detective: Branda Marchica  Det. Branda Marchica

Status: Unfounded

Reviewing Supervisor: SGT William H Mills

SWORN AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 03 DAY OF Aug, 2016.

SGT _____ #24

NOTARY-LAW ENFORCEMENT OFFICER IN PERFORMANCE OF HIS/HER DUTIES

2 of 2
CPD Case # 2016-00009467