

# Office of the Medical Examiner
Eighteenth District - Brevard County
**District Medical Examiner Sajid Qaiser, MD, FCAP, FRCPC**
*Diplomate of American Board of Pathology - Anatomic, Clinical & Forensic*
*Diplomate of Royal College of Physicians & Surgeons of Canada*
**Associate Medical Examiner Krzysztof Podjaski, MD**
1750 Cedar Street, Rockledge, FL 32955 - Phone (321) 633-1981 • Fax (321) 633-1986

| | | | |
|---|---|---|---|
| Name of Deceased: | WHITMER, JR., DONALD | ME#: | A-18-393 |
| Place of Residence: | 261 EDGEVALE ROAD S.E.<br>PALM BAY, FL 32909 | Age: | 45 |
| Place of death: | HOLMES REGIONAL MEDICAL CENTER<br>MELBOURNE, FL 32901 | Race: | W |
| Date and time of death: | 05/21/2018 @ 1250 HOURS | Sex: | M |
| Date and time of autopsy: | 05/22/2018 @ 0915 HOURS | | |

CAUSE OF DEATH: AGITATED DELIRIUM AND COMPLICATIONS
    DUE TO: AMPHETAMINE AND METHAMPHETAMINE TOXICITY

OTHER SIGNIFICANT CONDITION: OPIOIDS TOXICITY, CORONARY BRIDGING, LUNG ADHESIONS, OVERWEIGHT, HYPERTENSION

MANNER OF DEATH: ACCIDENT

### Autopsy Findings

1. Minor external body gross injuries.
2. No gross internal body trauma.
3. Evidence of resuscitation and the effects of resuscitation.
4. Extensive adhesions of left lung and chest wall.
5. Bridging of left descending coronary artery.
6. Focal hemorrhage into the muscle of anterior half of tongue.
7. Overweight, 227 pounds.
8. Toxically significant amphetamine, methamphetamine, oxycodone, and oxymorphone in body system, postmortem toxicology.
9. [Clinical history of hypertension].

**NOTANDA:** As per investigations, deceased allegedly was in erratic behaviors, when he was tried to be brought under control, subsequently he went unresponsive. He was pronounced at a local hospital.

_____
Sajid S. Qaiser, MD, FCAP, FRCPC

Technicians present: Nicole Brett
Vicky Strong
Tamika Mounsey

## EXTERNAL EXAMINATION

**Identification:** A tag attached to the right ankle identifies the body. The right wrist has a band with inscription of MR# H000918559.

The unembalmed remains are those of an overweight white male, appearing consistent with the stated age, measuring 73 inches in length and 227 pounds in weight.

The face has trimmed gray mustache and beard. The scalp is covered by very short, gray mixed brown, spiky and straight hair. The irides are light brown, the pupils are equal and the sclerae are unremarkable. The jaws are edentulous. The oral mucosa and frenula are grossly intact and unremarkable. The external genitalia are those of an adult circumcised male. Both testes are intact within the grossly unremarkable scrotal sac. On the middle and lower backs are multiple tiny lesions, consistent with acne. Multiple tattoos are seen on body skin. A curvilinear scar is on the left side of the posterior scalp.

**Clothing:** The body is clothed in a white left foot sock.

**Postmortem Changes:** Livor mortis is partially fixed on the back. Rigor mortis is generalized and has full extent.

**Therapeutic Intervention:** The following objects/lines are found applied to the body: endotracheal and nasogastric tubes, intravenous and intraosseous lines and electrocardiographic pads.

Note: Internally, multiple ribs are note fractured without displacement and with very little blood leaks in the surrounding soft tissues, consistent with cardiopulmonary resuscitation.

## EVIDENCE OF INJURY

Externally: On the central forehead are two small (1/4 inch and 1/8 inch) abrasions. On the left upper medial back are two medium sized (7 inch and 3-1/2 inch) linear abrasions, with oozing of blood. On the right shoulder is a 1/2 inch abraded contusion and a 1 inch faint red contusion. On the left ventral forearm is a 1/2 inch red contusion. On the dorsal left forearm are three small abrasions, each about 1/2 inch in maximum dimensions, and a 1/2 inch red contusion. On the back of left hand is a 1 inch x 1 inch bluish red contusion and a 1/4 inch abrasion at the base of the index finger. On the right anterior thigh are two contusions, the upper one is red and measures 1-1/4 inch and the lower one is brown and measures 2 inch x 2 inch. On the posterior left middle thigh is a 2-1/2 inch x 2 inch blue contusion.

Internally: There is no gross trauma, except for the broken ribs (CPR), described above.

## INTERNAL SYSTEMIC EXAMINATION

**Body Cavities:** The body cavities are entered in the usual manner and the organs are removed with the Virchow's technique. The organs are in their usual anatomic positions.

**Head:** The scalp is reflected after the usual intermastoid incision and is free of subcutaneous or subgaleal hemorrhage. The calvarium is intact. The external meninges are unremarkable, without epidural or subdural hemorrhage. The brain is removed and weighed. The pre-fixation brain weight is 1350 grams and is covered by glistening, transparent leptomeninges. The cerebrospinal fluid is clear. The cerebral hemispheres are symmetrical. The vessels at the base of the brain are intact and normal. The cranial nerves appear normal. Upon removal of the brain and stripping the dura, the base of the skull is intact, without evidence of fracture.

The brain is fixed in formalin for several weeks. Coronal sections through the cerebral hemispheres, cerebellum and brain stem are unremarkable. The ventricular system is normal.

**Neck:** The neck is dissected at the last. Layer by layer examination of neck is grossly unremarkable for any gross trauma. The hyoid bone, larynx and cervical spine are grossly intact. The soft tissues, including the skeletal muscles, blood vessels, thyroid and connective tissues are grossly unremarkable.

**Cardiovascular System:**  The heart weighs 480 grams.  The epicardial surface is glistening.  The coronary arteries arise normally. The course of the left anterior descending coronary artery shows bridging up to a 1/2 inch distance.  No gross atherosclerosis or thrombi are noted. Serial sectioning of the heart reveals reddish-brown myocardium.  The heart is open in the direction of the blood flow, yielding unremarkable valves, papillary muscles, and chordae tendineae.  The chambers are adequate.  The venae cavae and pulmonary arteries are free of antemortem thrombus.  The aorta is intact, with mild atherosclerosis.

**Respiratory System:**  The trachea and bronchial tree are clear of debris or foreign material; the mucosal surfaces are smooth and yellow-tan.  The right chest cavity is unremarkable while the left chest cavity shows extensive adhesions and fibroses between left lung and the left chest cavity walls.  The right lung weighs 1500 grams and the left 820 grams. The pleural surfaces of the right lung are smooth and glistening. Incisions through the blood vessels and main stem bronchi are negative for thrombosis or foreign body lodgment.  Serial sectioning reveals mild to moderately firm, mildly edematous and congested parenchyma.

**Gastrointestinal System:**  The tongue muscle of anterior half has focal small hemorrhage.  The esophagus is lined by gray smooth mucosa and is empty.  The stomach contains 20 milliliters of dark brown thick paste. The mucosa is without any gross lesions.  The small and large intestines are unremarkable to inspection and palpation.  The appendix is present.

The liver weighs 2100 grams.  The capsule is intact, glistening and smooth.  The parenchyma is rubbery and tan-brown.  The gallbladder contains approximately 25 milliliters of yellowish-brown bile.  Serial sectioning of liver is grossly unremarkable.

The pancreas has the usual external configuration and on section has the usual tan lobulated appearance.

**Reticuloendothelial System:**  The spleen weighs 270 grams.  The capsule is intact, smooth and glistening.  The parenchyma is firm and dusky red.

The regional lymph nodes are normal.  The bone marrow is red-purple and homogenous.

**Genitourinary System:**  The right and left kidneys weigh 230 grams each. Stripping of the capsules reveals cortical surfaces of mild nephrosclerosis.  On section there is good cortical medullary definition. The calices, pelves and ureters are unremarkable.  The urinary bladder contains approximately 200 milliliters of clear urine and the mucosa is without gross lesions.

Name of Deceased:   WHITMER JR., DONALD                              ME#: A-18-393

Representative section of prostate gland area is preserved. The testicles are within a grossly unremarkable scrotal sac. Incisions into the testes are grossly unremarkable.

**Endocrine System:** The thyroid and adrenal glands are grossly unremarkable. The pituitary gland is within a grossly unremarkable sella turcica of the sphenoid bone.

**Musculoskeletal System:** The muscles, joints and bones are without any gross note.

## TOXICOLOGY

Samples from blood, urine and vitreous are submitted for toxicology evaluation. For results see toxicology report.

## HISTOLOGY

<u>Brain</u>: Multiple sections are taken from different areas of the brain. Microscopically the brain tissues are essentially unremarkable.

SQ/sr/kw



# Wuesthoff Reference Laboratory

6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

| | |
|---|---|
| **Patient:** WHITMER JR, DONALD | **Age:** 45  **Sex:** M |
| **Client Patient ID:** 18-18-393 | **Account#:** VX013722 |
| **Physician:** QAISER, SAJID | **Client:** DIST 18 MEDICAL EXAMINER |

## TOXICOLOGY

Specimen Collected: 07/23/2018 11:30    Lab Order No: 912301050    Reg Date: 07/23/18

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|

*ELECTROLYTE PANEL - ELEPV*

SPECIMEN TYPE
**VITREOUS**

| | | | |
|---|---|---|---|
| UREA NITROGEN | 15.5 | mg/dL | |
| CREATININE | 0.68 | mg/dL | |
| SODIUM | 140 | mEq/L | |
| POTASSIUM | 11.8 | mEq/L | |
| CHLORIDE | 116 | mEq/L | |
| GLUCOSE | <10.0 | mg/dL | |

Glucose results from patients with gammopathies, in particular Waldenstrom's Macroglobulinemia may result in an abnormal reaction profile. Although the incidence of this occurrence is rare, glucose results from these patients should be interpreted with caution.

Specimens were intact upon receipt. Chain of custody, specimen security and integrity has been mantained. Testing has been performed as requested

Reviewed by: _____  Date: 7/29/18

**FINAL REPORT - THIS COMPLETES REPORTING ON THIS CASE**

INSTANT REPORT                WHITMER JR, DONALD
Form: MM Single RL1T          Page 1 of 1              Printed: 07/27/18 18:41



# Wuesthoff Reference Laboratory
6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

**Patient:** WHITMER JR, DONALD  **Age:** 45  **Sex:** M
**Client Patient ID:** 18-18-393  **Account#:** VX011548
**Physician:** QAISER, SAJID  **Client:** DIST 18 MEDICAL EXAMINER

## TOXICOLOGY

Specimen Collected: 05/22/2018   Lab Order No: 892201243   Reg Date: 05/22/18

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|

### VOLATILE PANEL - VOLP
SPECIMEN TYPE
ILIAC BLOOD

| | | | |
|---|---|---|---|
| ETHANOL | NONE DETECTED | g/dL | 0.010 |
| ACETONE | NONE DETECTED | mg/dL | 7.5 |
| METHANOL | NONE DETECTED | mg/dL | 15.0 |
| ISOPROPANOL | NONE DETECTED | mg/dL | 15.0 |

Analysis by Gas Chromatography (GC) Headspace Injection

### BLOOD DRUG SCREEN - BDSME
SPECIMEN TYPE
ILIAC BLOOD
GC/MS
METHAMPHETAMINE, NICOTINE, NICOTINE METABOLITE, CAFFEINE
LC/MS/MS
OXYCODONE, AMPHETAMINE, METHAMPHETAMINE, NALOXONE, CAFFEINE, CAFFEINE METABOLITE, ATROPINE

### BLOOD IMMUNOASSAY SCREEN

| | | | |
|---|---|---|---|
| AMPHETAMINES | **POSITIVE** | mg/L | 0.100 |
| BARBITURATES | NEGATIVE | mg/L | 0.100 |
| BENZODIAZEPINES | NEGATIVE | mg/L | 0.050 |
| BUPRENORPHINE | NEGATIVE | mg/L | 0.001 |
| CANNABINOIDS | NEGATIVE | mg/L | 0.050 |
| COCAINE METABOLITE | NEGATIVE | mg/L | 0.100 |
| FENTANYL | NEGATIVE | mg/L | 0.001 |
| OPIATES | | mg/L | 0.050 |

Screening result suggests the need for further testing

### AMPHETAMINES PANEL - AMPP
SPECIMEN TYPE
ILIAC BLOOD

---

TOXICOLOGY_REPORT
Form: MM Single RLIT

WHITMER JR, DONALD
Page 1 of 3

Printed: 06/21/18 13:04



## Wuesthoff Reference Laboratory
6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

**Patient:** WHITMER JR, DONALD  **Age:** 45  **Sex:** M
**Client Patient ID:** 18-18-393  **Account#:** VX011548
**Physician:** QAISER, SAJID  **Client:** DIST 18 MEDICAL EXAMINER

### TOXICOLOGY

Specimen Collected: 05/22/2018  Lab Order No: 892201243  Reg Date: 05/22/18

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| AMPHETAMINE | 0.118 | mg/L | 0.050 |
| METHAMPHETAMINE | 1.954 | mg/L | 0.050 |

Analysis by GC/MS

### FREE OPIATES PANEL - OPPF
SPECIMEN TYPE
 ILIAC BLOOD

| | | | |
|---|---|---|---|
| CODEINE | NONE DETECTED | mg/L | 0.025 |
| MORPHINE | NONE DETECTED | mg/L | 0.025 |
| HYDROCODONE | NONE DETECTED | mg/L | 0.025 |
| 6-MONOACETYLMORPHINE | NONE DETECTED | mg/L | 0.005 |
| HYDROMORPHONE | NONE DETECTED | mg/L | 0.005 |
| OXYCODONE | 0.292 | mg/L | 0.025 |
| OXYMORPHONE | 0.008 | mg/L | 0.005 |

Analysis by GC/MS

### MISCELLANEOUS TEST - TXMIS
SPECIMEN TYPE
 ILIAC BLOOD
MISCELLANEOUS TEST
 NALOXONE-FREE (UNCONJUGATED), BLOOD

Naloxone = 20 ng/mL    Reporting limit = 0.50 ng/mL

Intravenous injection of 1.4 mg naloxone produced an average peak plasma concentration of 10 +/- 1 ng/mL at two minutes. The blood to plasma ratio is not known.

Testing performed by NMS Labs, 3701 Welsh Rd, Willow Grove, PA 19090-2910



# Wuesthoff Reference Laboratory
6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

**Patient:** WHITMER JR, DONALD  
**Client Patient ID:** 18-18-393  
**Physician:** QAISER, SAJID  

**Age:** 45  **Sex:** M  
**Account#:** VX011548  
**Client:** DIST 18 MEDICAL EXAMINER  

## TOXICOLOGY

Specimen Collected: 05/22/2018  Lab Order No: 892201244  Reg Date: 05/22/18

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|

*URINE DRUG SCREEN COMPREHENSIVE - UDSME*
  SPECIMEN TYPE
    URINE
  GC/MS
    OXYCODONE, AMPHETAMINE, METHAMPHETAMINE, CAFFEINE, NICOTINE, NICOTINE METABOLITE

    OXYCODONE, AMPHETAMINE, METHAMPHETAMINE, CAFFEINE, CAFFEINE METABOLITE DETECTED
    BY LC/MS/MS

*URINE IMMUNOASSAY SCREEN*

| Test | Result | Units | Cutoff |
|---|---|---|---|
| AMPHETAMINES | **POSITIVE** | mg/L | 0.500 |
| BARBITURATES | NEGATIVE | mg/L | 0.200 |
| BENZODIAZEPINES | NEGATIVE | mg/L | 0.200 |
| COCAINE METABOLITE | NEGATIVE | mg/L | 0.150 |
| MDMA/MDA |  | mg/L | 0.300 |

**Screening result suggests the need for further testing**

| Test | Result | Units | Cutoff |
|---|---|---|---|
| METHADONE | NEGATIVE | mg/L | 0.300 |
| METHAQUALONE | NEGATIVE | mg/L | 0.300 |
| OPIATES | **POSITIVE** | mg/L | 0.300 |
| OXYCODONE | **POSITIVE** | mg/L | 0.100 |
| PHENCYCLIDINE | NEGATIVE | mg/L | 0.025 |
| PROPOXYPHENE | NEGATIVE | mg/L | 0.300 |
| CANNABINOIDS | NEGATIVE | mg/L | 0.050 |
| TRICYCLICS | NEGATIVE | mg/L | 0.300 |

Specimens were intact upon receipt. Chain of custody, specimen security and integrity has been mantained. Testing has been performed as requested

Reviewed by: _____   Date: 6/21/18

**FINAL REPORT - THIS COMPLETES REPORTING ON THIS CASE**

Form: MM Single RLIT   Page 3 of 3   Printed: 06/21/18 13:04

 

# DISTRICT 18
## OFFICE OF THE MEDICAL EXAMINER
## INVESTIGATION REPORT

| ME Investigator: | At Scene: | ME Case #: |
|---|---|---|
| Corey Johnson | Yes | 18-393 |

Number of pages: 2

### INFORMATION PROVIDER:

| Agency: | Medical Facility: | Person: | Date Reported: | Time: | Police CR #: |
|---|---|---|---|---|---|
| F.D.L.E. | HRMC | Ryan RN | 5/21/18 | 1350 Hrs | |

### DECEASED:

Name: **Donald Whitmer Jr**    Age: **45**    Date of Birth:    Race/Sex: **W/M**    Telephone:

Address: **261 Edgevale Rd SE, Palm Bay, Fl 32909**    Occupation/Employment:

### DEATH PRONOUNCEMENT:

Discovered: , Hrs by:

Pronouncement: **5/21/18, 1250 Hrs** by: **Dr. Llinas**

Place of Death: **HRMC - ER**    Inside of City Limits: **Yes**

Identified By: **WMPD**    Address:

Manner (Possible) of Death:    At Work? **No**

### Incident Date/Time: 5/21/18, 1141 Hrs    Weapon/Caliber:

Location/Address of Incident: **2261 W. New Haven Ave, West Melbourne, Fl 32904**

*If Traffic Death* – Seatbelt in use?    Vehicle Information:    Deceased:    Versus Other:

### Post Mortem Changes:

Location / Position: **Supine on gurney in ER room**    Clothing: **1 white sock**

Body Heat: **Warm**    Rigor Mortis: **Full**    Decomposition: **No**    Liver Mortis: **Present/Consistent**

Trauma: **Yes**    Describe: **defect to finger on left hand, defect to center upper back, defect to forehead**

### ATTENDING PHYSICIAN: BHA

### MEDICAL HISTORY: HTN

### MEDICATIONS:

### NEXT OF KIN:

Name:    Relationship:    Telephone:

Address:    Notified of Death:

Notified of M.E. Investigation:    Notified By:    Date:    Time: Hrs

Investigation Status: **Active Pending**    Date Report Submitted: **5/22/18**    Submitted By: **Corey Johnson**

 




**DISTRICT 18**
**OFFICE OF THE MEDICAL EXAMINER**
**INVESTIGATION REPORT**
**PAGE 2**

| Deceased Name: Donald Whitmer Jr | MEO Case #: 18-393 | PD CR #: |
|---|---|---|

## BULLETS:

- Dec'd died in ER (29 mins)
- WMPD used taser prior to death
- In custody death by WMPD investigated by FDLE.
- Dec'd was with daughter when he engaged in altercation with cashier inside of Publix.
- Dec'd appeared to be under the influence w/ slurring speech and unsteady gait at the time and 911 was called.
- Dec'd became combative with 2 WMPD officers and was taken down by force and Taser (Drive stun method) was used.
- The dec'd went unresponsive on scene and was transported to HRMC where he was pronounced.
- Incident caught on video inside of Publix.

## AT SCENE:

I arrived on scene @ HRMC and made contact with dec'd at 1500 hrs.
FDLE Agent (Lisa), 1 CSI (WMPD), 1 LEO (WMPD)

## SCENE:

Observed the dec'd lying supine on gurney in ER, wearing 1 sock; Clothing removed prior to my arrival.
Dec'd was in mod/full rigor, warm under armpits, and lividity was not fixed.
Observed a defect to left hand, defect to center upper back area, and defect to forehead.
Medical devices are still in place.
Dec'd placed in a sealed body bag.

## DECEDENT:

As per investigation with information provided by FDLE & WMPD, on 5/21/18, late morning hours, the dec'd picked up his daughter and the two went to Publix on W. New Haven Ave. While in Publix, the dec'd engaged in verbal altercation with a cashier who he accused of stealing money from his card. After the situation escalated LEO were called and the dec'd was escorted outside. According to the daughter, the dec'd was not in his normal state of mind and doesn't know what made him act erratically. She also advised that the dec'd was sweating heavily when he picked her up.

After talking to LEO outside; at approx 1141 hrs the dec'd decided to go back into the store, whereas LEO was called back inside to escort him out. During this confrontation, the dec'd became combative with the 2 LEOs forcing them to physically take him down. During the scuffle a Taser was used (Drive stun method).

The incident was caught on video which shows the dec'd resisting arrest and 2 LEOs taking the dec'd to the ground. Video shows 1 LEO on top the dec'd back as he lay prone on the ground. The dec'd went unresponsive during the struggle.

The dec'd was transported to HRMC arriving PEA at 1221 hrs, and pronounced at 1250 hrs. According to his daughter, the dec'd consumes a lot of pain Rx due to a back injury. No other drug activity was reported. LEO also states that the dec'd had $13,000 cash in his pocket.

## ADDITIONAL INFO:

Investigation Status **Closed**     Date Submitted: **5/22/18**     Submitted By: **Corey Johnson**

 

# DISTRICT 18
## OFFICE OF THE MEDICAL EXAMINER
### SUPPLEMENTAL INVESTIGATION REPORT

| Deceased Name: | MEO Case #: | PD CR #: |
|---|---|---|
| Donald Whitmer Jr | 18-393 | |

## SUPPLEMENTAL INFORMATION:

TIME LINE of 5/21/18

- Late morning hours- Dec'd picks daughter up from her home and they go to Publix.

- 1036 hrs- The first 911 call was made in regards to a male (dec'd), in the store confused and may be on drugs. Causing problems with cashier

- 1042 hrs - LEO arrives and escorts dec'd out of store to resolve issue

- 1141 hrs - Dec'd returns back to the store, and request to see a manager. Publix is requesting that the dec'd to be removed from store.

- 1147 hrs - Confrontation with LEOs and taser was used

- 1151 hrs - Dec'd unconscious on scene and CPD initiated

- 1221 hrs - Dec'd arrived at HRMC PEA

- 1250 hrs - Dec'd pronounced deceased in ER

- 1500 hrs - MEO arrives to ER, dec'd mod/full rigor, warm under armpits, not fixed.

Date Report Submitted: 5/22/18    Submitted By: Corey Johnson

CASE INFORMATION
OFFICE OF THE MEDICAL EXAMINER
DISTRICT 18 – BREVARD COUNTY
M. E. CASE # _____

A-[ ]393  W/M  45 Yrs. 05/22/18
WHITMER JR, DONALD
DOB:
SAJID QAISER, M.D.  CJJ

Post fixation brain: 1300g

- pons
- W.S. (L)
- W.S (R)
- Lepto + mid brain
- dent cblm
- (R) B.G.
- C.C.
- (L) Hippo
- (R) Hippo
- I. capsul (L)
- ~~pons~~ cblm

(total 11)

OFFICE OF THE MEDICAL EXAMINER
DISTRICT 18 – BREVARD COUNTY

A-18-0393  W/M  45 Yrs.  05/22/18
WHITMER JR., DONALD
DOB: [redacted]
SAJID QAISER, M.D.  CJJ

WEIGHT: 227   HEIGHT: 73"

DATE AND TIME OF AUTOPSY: 05/22/2018  9:15 AM

HEART: 480
 CORONARIES: — ~1/2" segment of bridging LAD. All coronaries are patent
 CHAMBERS:
 VALVES:

  RV   LV   IVS

R. LUNG: 1500 — Mod firm (ARDS)
L. LUNG: 820 — extensive adhesion, mod firm (ARDS)
LIVER: 2100 — gross WR
SPLEEN: 270 ↑
R. KIDNEY: 230 — Mild NS
L. KIDNEY: 230
BRAIN: 1350 — gross unremarkable (pre-fixation)

- Extensive adhesions (L) lung
- Sebaceous adenoma ~ 1/4" x 1/4", ant. neck skin
- No gross inf. trauma
- focal Hmg in the tongue muscle, ant. 1/2

B: 25 cc
U: 200 cc
G: 20 mL  Dark Brown thick paste.
A: ✓  P: ✓

THYR: ✓   ADR: ✓   PANC: ✓

CAUSE OF DEATH: P/T & Brain Cutting.

MANNER OF DEATH: P.

FORENSIC TECH: (A) VS / (W) TM



27595

**MORTUARY RELEASE    MORTUARY RELEASE    MORTUARY RELEASE    MORTUARY RELEASE**
**MORTUARY RELEASE    MORTUARY RELEASE    MORTUARY RELEASE    MORTUARY RELEASE**

          To: Medical Examiner
      County: Brevard
       State: Florida

    ME Case #: _____

Name of Deceased: Donald E. Whitmer Jr.
   Date of Birth: [redacted]
   Date of Death: 05/21/2018
             Age: 45
             Sex: Male
            Race: White

I hereby authorize the remains of the above named deceased to be released to:

   Ammen Family Cremation and Funeral Care
   950 Malabar Road SE
   Palm Bay FL 32907
   (321) 724-2224

*The person granting this permission certifies that he/she is the legal next-of-kin, and/or has been designated by legal authority to assume full responsiblity for the disposition of the remains of the deceased.

   Name of next-of-kin: Breanna Whitmer

Relationship to the deceased: Daughter

               Address: 770 Wildbriar Road NE

        City/State/Zip: Palm Bay FL 32905

          Phone Number: [redacted]

*Signature of next-of-kin: X _[signed] B Whi[tmer]_

Date Signed: 05/22/18         Witness: _[signature]_

TO BE COMPLETE BY FUNERAL HOME STAFF  VS
Remains received: Time 5/24/18 1040AM AM/PM    Date: 5/24/18
Signed: _____

   Representative of: Ammen Family Cremation and Funeral Care

Transport To Be Made By: Ammen Family Staff

15



# Office of the Medical Examiner

Eighteenth District - Brevard County
**District Medical Examiner Sajid Qaiser, MD, FCAP, FRCPC**
*Diplomate of American Board of Pathology - Anatomic, Clinical & Forensic*
*Diplomate of Royal College of Physicians & Surgeons of Canada*
**Associate Medical Examiner Krzysztof Podjaski, MD**
1750 Cedar Street, Rockledge, FL 32955 - Phone (321) 633-1981 • Fax (321) 633-1986

June 7, 2018

Dear Mr. Moore,

In response to your inquiry regarding Mr. Donald Whitmer, Jr. I am providing you a copy of Florida Statute 406.11.

Sincerely,

Sajid S. Qaiser, M.D.

Select Year: 2018 ▾ Go

# The 2018 Florida Statutes

| Title XXIX | Chapter 406 | View Entire |
| PUBLIC HEALTH | MEDICAL EXAMINERS; DISPOSITION OF HUMAN REMAINS | Chapter |

**406.11 Examinations, investigations, and autopsies.—**

(1) In any of the following circumstances involving the death of a human being, the medical examiner of the district in which the death occurred or the body was found shall determine the cause of death and shall, for that purpose, make or have performed such examinations, investigations, and autopsies as he or she shall deem necessary or as shall be requested by the state attorney:

(a) When any person dies in the state:

1. Of criminal violence.
2. By accident.
3. By suicide.
4. Suddenly, when in apparent good health.
5. Unattended by a practicing physician or other recognized practitioner.
6. In any prison or penal institution.
7. In police custody.
8. In any suspicious or unusual circumstance.
9. By criminal abortion.
10. By poison.
11. By disease constituting a threat to public health.
12. By disease, injury, or toxic agent resulting from employment.

(b) When a dead body is brought into the state without proper medical certification.

(c) When a body is to be cremated, dissected, or buried at sea.

(2)(a) The district medical examiner shall have the authority in any case coming under subsection (1) to perform, or have performed, whatever autopsies or laboratory examinations he or she deems necessary and in the public interest to determine the identification of or cause or manner of death of the deceased or to obtain evidence necessary for forensic examination.

(b) The Medical Examiners Commission shall adopt rules, pursuant to chapter 120, providing for the notification of the next of kin that an investigation by the medical examiner's office is being conducted. A medical examiner may not retain or furnish any body part of the deceased for research or any other purpose which is not in conjunction with a determination of the identification of or cause or manner of death of the deceased or the presence of disease or which is not otherwise authorized by this chapter, part V of chapter 765, or chapter 873, without notification of and approval by the next of kin.

History.—s. 6, ch. 70-232; s. 26, ch. 73-334; s. 1, ch. 77-174; s. 1, ch. 87-166; s. 29, ch. 97-103; s. 3, ch. 98-253; s. 48, ch. 2006-1; s. 28, ch. 2015-4.

Copyright © 1995-2018 The Florida Legislature • Privacy Statement • Contact Us



THE LAW OFFICE OF JOHN VERNON MOORE, P.A.
*Attorney & Counselor at Law*

3270 Suntree Boulevard, Suite 2218
Melbourne, Florida 32940
T: (321) 426-0209
www.JMooreLegal.com

RECEIVED
JUN 0 7 2018
DISTRICT 18
MEDICAL EXAMINERS OFFICE

June 4, 2018

**VIA E-MAIL AND U.S. MAIL**
Dr. Sajid Qaiser
L.E. McHenry Medical Examiner Facility
1750 Cedar Street
Rockledge, FL 32955

**RE: Donald Edward Whitmer, Jr. (DOD – May 21, 2018)**

Dear Dr. Qaiser:

The undersigned attorney represents the Estate of Mr. Donald Whitmer, Jr. (deceased May 21, 2018). The purpose of this letter is to formally request explanation why your office released Mr. Whitmer's body but, alarmingly, has retained the Mr. Whitmer's brain, hyoid bone, and larynx.

The explanation and any related reports should be forwarded to either my fax (321) 821-0466, email (John@JMooreLegal.com), or U.S. Mail to the address listed on this letterhead.

Questions regarding this request may be addressed to me directly, at the above address or at (321) 288-8902.

Thank you for your prompt response to this request.

Sincerely,

*/S/ Dictated but not signed in
order to avoid delay /S/*

John Vernon Moore, Esq.



# THE LAW OFFICE OF JOHN VERNON MOORE, P.A.
*Attorney & Counselor at Law*

3270 Suntree Boulevard, Suite 2218
Melbourne, Florida 32940
T: (321) 426-0209
www.JMooreLegal.com

**RECEIVED**
**MAY 2 9 2018**
**DISTRICT 18**
**MEDICAL EXAMINERS OFFICE**

May 25, 2018

**VIA FACSIMILE (321) 633-1986**
Dr. Sajid Qaiser
L.E. McHenry Medical Examiner Facility
1750 Cedar Street
Rockledge, FL 32955

18-393

Dear Dr. Qaiser:

The undersigned attorney represents the Estate of Mr. Donald Whitmer, Jr. (deceased May 22, 2018). The purpose of this letter is to formally request copies of the official autopsy and toxicology reports. As you know, these reports are essential in the completion of a thorough and accurate investigation and understanding of Mr. Whitmer's death.

The reports should be forwarded to either my fax (321) 821-0466, email (John@JMooreLegal.com), or U.S. Mail to the address listed on this letterhead.

Questions regarding this request may be addressed to John Vernon Moore, Esquire, at the above address or at (321) 288-8902.

Thank you for your prompt response to this request.

Sincerely,

John Vernon Moore, Esq.

johnvmoore.esq
@gmail.com