Autopsy Report
PA-18-0000037     WHITMER, JR., DONALD
PA18000037                                              Page: 1 of 9

## *Clinical Information*
DATE OF EXPIRATION: 5/21/2018
DATE OF AUTOPSY:    6/2/2018
EXAMINATION BY:     JULIA HEGERT, M.D.
                    RODRIGO MURILLO, M.D.

## *Final Diagnosis*
Clinical History:
The decedent is a 45-year-old male with unknown previous medical and social history.

On 05/21/2018, he reportedly had an argument with the staff of a grocery store for which the police were called. During the incident, an altercation with police officers occurred and a stun gun was used, immobilizing him with subsequent collapse. Emergency Medical Services were called and upon arrival, he was found unconscious, with no respirations or palpable pulse. The ACLS (advanced cardiovascular life support) protocol was initiated. By evaluation, the cardiac rhythm was PEA (pulseless electric activity). The blood glucose level was 135 mg/dl (reference range 65-110 mg/dL). During resuscitation, an airway was established through an endotracheal tube, and supplemental oxygen was administered. Intravenous access was obtained and he was administered naloxone 2mg, sodium bicarbonate, and epinephrine 4mg, without a change in his condition. He was transported to Holmes Regional Medical Center, arriving at 12:21 hours. Upon arrival, he was still unresponsive, had dilated and fixed pupil, was without spontaneous respirations, but there was a palpable femoral pulse. The abdomen was distended and his skin was pale. There were no visible signs of trauma. A repeat glucose level was 161 mg/dl.

Cardiopulmonary resuscitation continued but the heart remained in PEA rhythm. Bilateral breath sounds were confirmed at arrival and reconfirmed throughout the code. He received additional doses of epinephrine, atropine, and bicarbonate according to the ACLS protocol. In an attempt to revert the abnormal cardiac rhythm an external pacemaker was used, but was unsuccessful. A nasogastric tube was inserted to decompress the stomach. The resuscitation efforts continued for 30 minutes without return of spontaneous circulation, with the PEA cardiac rhythm progressing to asystole. Pupils remained fixed and dilated. A pulse was no longer present and the resuscitative efforts ceased.

Mr. Whitmer was declared deceased at 12:50 on 21/05/2018.

Due to the circumstances surrounding the death, he was accepted as a Medical Examiner case and an autopsy was performed. The family has legal representation and were advised to seek a second autopsy, for which I was contacted.

Further review of circumstantial information and initial autopsy findings will be added upon review of additional records in an addendum.


ANATOMICAL FINDINGS:

I.  INTEGUMENTARY AND MUSCULOSKELETAL SYSTEMS:
    A.  Linear oblique "V" shaped abrasion left side of neck and upper back without underlying subcutaneous injury.
    B.  Deep muscular hemorrhage, left arm near shoulder, without cutaneous contusion.
    C.  Cutaneous contusion, left anterior axillary line of trunk
    D.  Cutaneous contusion and underlying soft tissue hemorrhage, left elbow.
    E.  Punctate penetrating injury left mid forearm without underlying soft tissue injury.

    F. Cutaneous contusion with underlying soft tissue hemorrhage, mid to upper aspect left posterior thigh.
    G. Multiple punctate abrasions with nondirect underlying focal soft tissue hemorrhage, superior lateral aspect right posterior thigh.
    H. Cutaneous blue purple ecchymosis with associated small puncture abrasions, left posterior thigh with underlying adipose tissue hemorrhage.
    I. Absence of cutaneous or soft tissue injury to wrist or ankles.
    J. Absence of soft tissue or muscular injury to anterior or posterior neck.
    K. Absence of skeletal fracture.

II. CARDIOVASCULAR SYSTEM:
    A. Hypertrophic cardiomyopathy, remaining heart weight 360 grams, average expected for height, 346 grams, with left ventricular hypertrophy, endocardial fibrosis outflow tract of left ventricle and delicate myocardial fibrosis.
    B. Coronary arteries with thin eccentric nonobstructive arteriosclerosis.
    C. Coronary hypoplasia, left anterior descending and left circumflex coronary arteries.
    D. Right coronary artery midline, but 0.5 cm above usual position in sinus of Valsalva without acute angulation of takeoff, heart right coronary artery dominant.
    E. Left coronary artery midline, but 0.2 cm above usual position in sinus of Valsalva without acute angulation of takeoff.
    F. Independent origin of sinoatrial nodal artery from right coronary artery cusp.
    G. Mild thickening of mitral valve.
    H. Mild arteriosclerosis of aortic valve along line of valve closure.
    I. Mild to moderate arteriosclerosis of infrarenal aorta without dissection or aneurysm formation.

III. RESPIRATORY SYSTEM:
    A. Bilateral visceral pleural petechial hemorrhages.
    B. Bilateral pulmonary congestion.
    C. Absence of pulmonary thromboembolism, infarction, chronic pulmonary disease, pneumonia or tumor formation.
    D. Absence of hyoid bone, larynx and proximal trachea.
    E. Remaining trachea without pathological abnormality.
    F. Diaphragm without pathological abnormality.

IV. HEPATOBILIARY SYSTEM:
    A. Liver with steatosis and cholestasis.
    B. Gallbladder without cholesterolosis.
    C. Pancreas without bile duct obstruction.

V. SPLEEN AND HEMATOPOIETIC SYSTEM:
    A. Spleen with parenchymal congestion and fibrosis but no infarction or white pulp prominence.
    B. Hypocellular bone marrow for age with trilineage.

VI. GENITOURINARY SYSTEM:
    A. Testes with fibrosis and maturation arrest of spermatogonia.
    B. Prostate with benign glandular epithelial hyperplasia.
    C. Seminal vesicles without pathological abnormality.
    D. Bilateral kidneys with arteriolar nephrosclerosis
    E. Urinary bladder without pathological abnormality.

VII. ENDOCRINE SYSTEM:
   A. Thyroid gland without pathological abnormality.
   B. Bilateral adrenal glands with adequate cortical glycogenation and no hemorrhage or masses.
   C. Pancreatic islets of Langerhans, unable to evaluate due to autolysis.
   D. Pituitary gland with Rathke's remnants.

VIII. GASTROINTESTINAL SYSTEM:
   A. Tongue without laceration or hemorrhage.
   B. Esophagus with submucosal vascular congestion but no varices, ulceration, or mass.
   C. Stomach without ulceration or mass.
   D. Gastric pylorus with chronic inflammation, but no ulceration.
   E. Small and large intestine without pathological abnormality.
   F. Appendix without mass or fecalith.

IX. CENTRAL NERVOUS SYSTEM:
   A. Brain, not present.
   B. Spinal cord without pathological abnormality.
   C. Dura without epidural or subdural hemorrhage, membrane formation or tumor.

X. ANCILLARY STUDIES:
   A. Retained cavity blood for possible toxicology studies.
   B. Retained liver for possible toxicology studies.
   C. Retained bilateral pectoralis and left semitendinous muscles for possible toxicology studies.

## *Gross Description*

### EXTERNAL EXAMINATION

The body is that of a 45 year old, well developed, well nourished, white man of average soma type measuring 73 inches in length. There is no rigor mortis of the extremities. There is minimal fixed purple livor mortis observed to the posterior dependent portions of the body extending up to the posterior axillary line. At the posterior lateral aspects of the trunk there are also petechial hemorrhages. Algor mortis is complete. There is no jaundice or edema. There are no congenital or traumatic physical abnormalities.

The head has 40 cm semicircular, closed incised wound extending from the right retroauricular area to the left retroauricular area. The head hair is brown and averages 0.3 cm in length. The eyes are sunken and covered by gauze pads. The irides are brown and the pupils are equal measuring 0.5 cm. Arcus senilis is not present. The sclerae are white. The conjunctiva are clear. The corneas are clear. The nose normally formed. The mouth is edentulous. The mucous membranes of the lips and buccal surfaces of the cheeks are dried. The earlobes are creased.

The neck does not have any palpable masses. There is no malalignment to the cervical spine.

There is 170 cm Y shaped closed incised wound extending from shoulder and shoulder to the midline of the anterior chest and then to the lower pelvis. There is no increase in the anterior to posterior chest diameter and the chest is without costal margin flaring. The left lateral thorax has a 0.2 x 0.2 cm round black nevus. There is a 1.0 x 0.7 cm left supraclavicular skin defect without wound margin abrasion or hemorrhage. The abdomen is flat. There is no ascitic wave present. The back does not have decubitus ulcers.

The external genitalia is that of an adult uncircumcised man. The scrotal sac is empty. The anus is normal and does not have any lesions. The foreskin has a 2.0 x 0.7 cm round excised area of skin.

The upper and lower extremities are normally formed. There is no peripheral edema or stasis dermatitis. The lateral and medial aspects of the right and left forearms have linear, vertical longitudinal postmortem incised wounds averaging 8.0 cm closed with running stitch which are without hemorrhage or surrounding tissue reaction. The dorsal aspects of both hands have 5 similar linear incised wounds extending from proximal to distal digits and measuring 6.0 cm in average and also are without hemorrhage or soft tissue reaction. The fingertips of both hands are stained with black ink. The medial aspects of both lower extremities have 2 linear, vertical longitudinal postmortem incised wounds closed with running stitch that are without hemorrhage or soft tissue reaction. (Comment: These appear to have done as a part of the first autopsy.)

## INJURIES

1. The left side of the neck and upper back has a linear, oblique V shaped abrasion measuring 22.0 cm without underlying soft tissue injury.
2. There is a 4.0 cm contusion in the left anterior axillary line with subcutaneous hemorrhage.
3. There is an area of deep muscular hemorrhage on the left arm near the shoulder without cutaneous contusion which measures 4.8 x 4.0 cm.
4. The left elbow has a 5.4 x 2.3cm irregular purple contusion with associated area of subcutaneous hemorrhage extending into the muscle and measuring 2.4 x 2.5 cm.
5. There is a punctate penetrating injury in the left mid forearm without underlying soft tissue injury.
6. There is a cutaneous contusion with underlying soft tissue hemorrhage on the mid to upper aspect of the left posterior thigh.
7. There are 3 punctuate superficial abrasions in the right posterior thigh ranging from 0.1 to 0.2cm, with focal subcutaneous hemorrhage measuring 1.8 cm
6. The left posterior thigh has a 7.0 x 6.0cm irregular blue purple ecchymosis with associated small puncture abrasion. The underlying fat has a 10.0 x 5.0 area of hemorrhage.

## SCARS, TATTOOS, SPECIAL FEATURES AND THERAPY

Scars:
1. On the head, there is a 4.0 x 0.2 cm long, linear white scar in the occipital scalp near the midline.
2. On the head, there is a 1.0 cm linear horizontal scar in the occipital scalp below scar #1.

Tattoos:
1. There is a right anterior neck 11.0 x 2.2 cm black/gray tattoo with the letters "Hustle"
2. The right pectoral area has a 5.0 x 3.0 cm black to gray tattoo with illegible symbols.
3. There is a 37.0 x 40.0 cm black tattoo composed by 4 skulls and with the letters "Leigh". In the right shoulder extending into the right arm.
4. The right forearm, has a 20.0 x 8.0 cm black/gray tattoo with the words "Fuck-U, Pay Me".
5. The right lower abdomen, has a 6.0 x 4.0 cm black tattoo with the words "Lover Boy".
6. The anterior abdomen has a 29.0 x 6.0 cm tattoo with letters "OHAM" and two illegible letters.
7. The left shoulder has a 11.0 x 7.0 cm black/gray tattoo with an unidentifiable image.
8. The left arm, has a 27.0 x 3.5 cm black tattoo of "Bobbi".
9. The left arm, has a 17.0 x 9.5 cm black tattoo composed of a tombstone, wings and "RIP".
10. The left forearm, has a 20.0 x 12.0 gray tattoo composed by two gray doves, a black cross and "Loving Memory Bobbi".

11. The distal left forearm, has a 11.0 x 11.0 cm tattoo of a woman's face.
12. The right calf, has a 17.0 x 12.0 cm black skull with words "Daddy's Pride, Brittany, Troy, Patton, Donald III, Tommy, Nicholas, Dakota, Brieanna".
13. The right dorsal foot, has a 5.0 x 5.0 cm tattoo composed by black flames.
14. The upper back has a 30.0 x 35.0 cm black tattoo with two barrels, flames, smoke and the words "Dirty Zouth".

Special Procedures (done at second autopsy):
1. A mid posterior vertical longitudinal incision extending from the back of the neck to base of sacrum is made. The skin is reflected and the underlying soft tissue and muscle are examined with any injuries noted in the injury section.
2. A posterior neck dissection is performed. The underlying, muscles, vessels and cranial nerves at the base of the neck are intact. The vertebral column is without fracture. A posterior approach to the spinal cord is performed. All vertebral discs are intact. There is no epidural hemorrhage. The spinal ganglia and nerve roots are without gross abnormality.
3. The upper and lower extremities are also incised. The skin is reflected and the underlying soft tissue and muscles are examined with any injuries noted in the injury section.

Therapy:
1. There is an intravenous type puncture site in the left antecubital fossa.
2. There is a white identification bracelet in the right ankle: Whitmer, Donald E. Jr., AKA: none, DOB 5/21/18, C#27595

Clothing/Personal Effects:
1. Blue hospital gown.

## INTERNAL EXAMINATION

The body is reopened along the previously made "Y" shaped incision. The thoracic and abdominal cavities have a closed, black plastic bag within which there are thoracic and abdominal organs. There are no rib fractures. Due to previous autopsy, evaluation of any fluid collections or abnormal position of thoracic organs is no longer possible. The anterior muscles of the neck are examined and are atraumatic.

Heart: The remaining heart weighs 360 grams, (average expected weight for height is 346 grams). The heart measures 11.0 cm from base to apex and 12.0 cm transversely at the base. The right coronary artery is midline but 0.5 cm above the usual position in the sinus of Valsalva without acute angulation of takeoff. The left coronary artery is also midline but 0.2 cm above the usual position in the sinus of Valsalva without acute angulation of takeoff. The right coronary artery is dominant. The coronary arteries are patent and without atherosclerotic changes. There is coronary hypoplasia of the left anterior descending and left circumflex coronary arteries with the vessels with the left anterior descending coronary artery measuring 0.3 cm proximally and 0.1 cm distally in diameter and the left circumflex measuring 0.5 cm proximally and 0.1 cm distally. There is an independent origin of the sinoatrial nodule artery from the right coronary artery cusp. There is no evidence of acute valvular disease. The tricuspid valve measures 2.6 cm, the pulmonary valve measures 9.0 cm, the mitral valve measures 12.0 cm and is mildly thickened. The aortic valve measures 7.2 cm and has mild arteriosclerosis along the line of the valve closure. There is left ventricle hypertrophy with endocardial fibrosis. There is delicate myocardial fibrosis. The left ventricle, right ventricle and septum measure 1.8, 0.5 and 1.8 cm in thickness respectively. The left and right ventricular diameters are 2.0 and 4.0 cm respectively.

Aorta: The aorta is elastic and has mild to moderate arteriosclerosis below the renal arteries. There are no signs of dissection or aneurysm formation.

Lungs: The right lung weighs 640 grams and has 3 lobes. The left lung weighs 460 grams and has 2 lobes. The visceral pleural surfaces are smooth, pink with adhesions. Sectioning reveals bilateral dependent pulmonary congestion and acute edema with the cut surfaces being dark purple and exuding fluid especially within the lower lobes. Grossly, there is no pulmonary disease or acute bronchopneumonia. The bronchioles and parenchymal vessels are free of material. The pulmonary arteries are without plaque.

Diaphragm: The diaphragm is received disrupted and serially sectioned. It has the usual muscular integrity.

Abdomen: Due to previous autopsy, the organs are no longer in their usual anatomical position.

Liver: The liver weighs 1455 grams. It has a purple-brown smooth surface with no traumatic injury or fibrous adhesions of the external capsule. The cut surfaces are red-brown without evidence of congestion, fatty change, fibrosis or tumor formation. Vascular abnormalities are not present. The gallbladder is received sectioned and empty. The mucosa is smooth green with yellow flecks.

Spleen: The spleen weighs 190 grams. The capsule is intact smooth purple-gray. On cut surface, the splenic parenchyma is dark purple, soft with delicate fibrosis. There is no acute infarction. The white pulp is not prominent. There is no atypical infiltrate.

Pancreas: The pancreas weighs 90 grams. It has a pink-gray lobulated surface with no evidence of hemorrhage, fat necrosis, or inflammatory reaction. On cut surface, the parenchyma is lobulated and without abscess formation or excessive fibrosis.

Adrenals: The adrenal glands have a normal size and shape. On sectioning it has normal cortical medullary relationship. There is no hemorrhage or tumor formation.

Kidneys: The kidneys are randomly assigned A and B. Kidney "A" weighs 150 grams and kidney "B" weighs 160 grams. The renal capsules strip with ease leaving smooth cortical surfaces. Sectioning reveals the normal cortical medullary relationship with no loss of renal substance or tumor formation. The cortex of the kidney A averages 0.9 cm and the medulla 1.6 cm. The cortex of the kidney B averages 0.9 cm and the medulla 1.5 cm. There is no increase in peripelvic fat. The renal pelves are not dilated.

The urinary bladder has a normal, slightly trabeculated surface with acute or chronic inflammatory reaction or diverticula. The urinary bladder has been previously opened.

Reproductive System: The penis and scrotum are without cutaneous lesions. The cutaneous defect is again noted. The scrotal sac is empty. Both testes have been previously sectioned but are left without in inguinal canals. They have no palpable masses. There is no evidence on sectioning of hemorrhage, fibrosis, infraction or tumor formation. The seminiferous tubules string with ease. A portion of the prostate gland is present and not enlarged.

Gastrointestinal Tract: The tongue is received serially sectioned and there is no evidence of laceration or hemorrhage. The stomach is received opened and empty. The esophagus has multiple vertical folds with vascular prominence. The pylorus has a puckered mucosa. There are no tumors or ulcerations present. The small and large bowel have not been open. Upon opening, they have a normal and serosal mucosal surfaces with no diverticula, ulceration or mass. The appendix is without fecaliths or masses.

Neck: There is no soft tissue injury evident. The hyoid bone, larynx and proximal trachea are absent. The thyroid tissue has been removed from the neck block. On cut surface, the thyroid parenchyma is meaty red-brown and slightly nodular.

Head: There is no subgaleal edema or hemorrhage. There is yellow metallic screw in the right temporal bone. There is no skull fracture. A portion of the dura mater is recovered and is without hemorrhage. The brain is not present with the remaining organs.

Examination of the base of the skull identifies no basilar skull fracture. The pituitary is of normal size and shape and on sectioning there are no lesions.

The spinal dura is white, glistening without epidural, subdural or subarachnoid hemorrhage. The spinal ganglia are appropriate in size and number. Sectioning of the spinal cord reveals a creamy, white, slightly congested cut surface. There are no areas of necrosis, acute infarction, tumor or hemorrhage.

Lymphatics and Hematopoietic System: There is no lymphadenopathy. The lymph nodes have no gross atypical infiltrate or tumor formation on sectioning. The bone marrow is dark red and without excessive fibrosis, for age. Grossly, there is no tumor formation.

Musculoskeletal System: Sections of the cervical, thoracic and lumbar spine and pelvis reveal no traumatic injury the musculature is normal for this individual. The remaining superficial lesions do not have subcutaneous extension.

## *Microscopic Description*

Skin, soft tissue and muscle: Sections of the skin of the abrasion of the left back have a thin stratified epithelium with focal loss of the squamous layer, without associated inflammation. The underlying dermis is intact.
The left thigh contusion has an intact epidermis with subdermal hemorrhage and extravasation of red blood cells. The underlying muscle has no hemorrhage, inflammation, single myofiber or group atrophy.
Sections of the right thigh contusion have an intact epidermis and dermis, with congested blood vessels but without extravasation of red blood cells. There is underlying adipose tissue hemorrhage.

Heart: Sections of right ventricle have adipose tissue infiltration up to the endocardium. The left ventricle and septum have well oriented hypereosinophilic and wavy myofibers with interfiber edema. There is no contraction band formation, necrosis or inflammatory infiltrate. Perivascular and interstitial fibrosis is present.

Coronary arteries: Sections of the right and left main coronary arteries have intimal proliferation with mural myxoid degeneration. The left anterior descending and left circumflex coronary arteries have eccentric intimal proliferation. There is no evidence of thrombosis within the vessels.

Aorta: A section of the aorta has intimal proliferation, and myxoid degeneration. There is no mural inflammatory cell infiltrate or mural disruption.

Lungs: Sections of lungs have regular appearing alveoli and alveolar septa. There is vascular congestion with extravasation of red blood cells filling the alveolar spaces. Anthracotic pigment is present within the peribronchiolar tissue. Mild emphysematous changes are present with expansion of alveoli and broken septi. Also multiple fat emboli are identified inside the vessels but without

infarction. There is no tumor or acute inflammation.

Liver: A section of the liver has an overall normal architecture with unexpanded portal triads and regular appearing central veins. There is acute sinusoidal congestion. There is no evidence of bile duct proliferation or excessive mononulcear cell infiltrate within the triads. There is macrosteatosis and yellow brown pigment occupying up to 10% of the cytoplasm of the hepatocytes. There are no tumors present.

Spleen: A section of spleen has normal red and white pulp architecture with no proliferation of the reticuloendothelial elements. There is red pulp congestion and fibrosis. There is no white pulp prominence, infarction or atypical infiltrate.

Bone marrow: A section of bone marrow has decreased cellularity age, up to 35 %, with trilineage of the hematopoietic elements in the expected myeloid to erythroid ratio (4 to 1). There is no atypical infiltrate or excessive fibrosis.

Testis: Section of testis has fibrotic seminiferous tubules and focal areas of infarction. There is decreased maturation of spermatogonia for age. There is not atypical infiltrate.

Kidneys: Sections of kidneys have a normal glomerular and tubular pattern with rare globally sclerosed glomeruli and early vascular occlusive disease. There is no evidence of degenerative changes. There is no tumor formation.

Prostate: A section of prostate has benign epithelial hyperplasia of the glandular component, without inflammatory infiltrate or nuclear atypia. Intraluminal concretions are present.

Pancreas: A section of pancreas has postmortem autolysis with loss of cellular detail but the overall acinar structure and architecture is identifiable. Evaluation of the islets of Langerhans is not possible due to autolysis. There is no tumor formation, or hemorrhage.

Thyroid gland: A section of thyroid has a uniform follicular pattern with follicles which are filled with pink staining colloid material. There is no evidence of excessive fibrosis, inflammatory reaction, Hurthle cell change to the follicular epithelium or tumor formation.

Gastrointestinal tract: A section of the esophagus has an autolyzed mucosal surface. There is no inflammation. The muscular wall has the usual architecture and is congested. A section of pylorus has an intact mucosal surface with associated chronic inflammation extending into the muscular wall but there is no ulceration.

Spinal cord: Sections of spinal cord have adequate anterior horn cells. There are no abnormalities of the radiating tracts. There is vascular congestion, but there is no evidence of hemorrhage. The central canal is patent. There is no infarction, tumor formation or inflammation. The adjacent ganglia have normal and well populated neurons.

Pituitary gland: Sections of the pituitary gland have the usual components of the adenohypophysis and neurohypophysis. There is no fibrosis. At the junction of the neurohypophysis with the adenohypophysis, there are cystic dilated structures lined by cuboidal epithelium and filled with pink pale acellular material.

Dura: The dura is densely fibrotic. There are no vascular or sinus thrombi. There is no acute hemorrhage or membrane formation.

## *Slide Log*

A. Right upper lung, liver, lymph node
B. Right middle lung, spleen
C. Right lower lobe, kidney A, adrenal A
D. Left upper lung, kidney B, adrenal B
E. Left lower lung, aorta, left main
F. Right testicle, seminal vesicle, thyroid
G. Left testicle, bladder, thyroid B
H. Possible pancreas
I. Esophagus, pylorus
J. Pylorus, separate right soft tissue hemorrhage
K. Left back abrasion
L. Left thigh contusion
M. Underlying muscle, left thigh contusion
N. Right thigh contusion
O. Right ventricle, RCA, left main
P. LAD, septum
Q. Circumflex, left ventricle
R. Bone marrow (submitted for decalcification)

BA. Cervical spinal cord
BB. Thoracic spinal cord
BC. Lumbar spinal cord
BD. Pituitary
BE. Dura