UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case: No.:6:19-cv-2187-Orl-40DCI

DIANNE LEVESQUE, as Personal Representative
of the ESTATE OF DONALD WHITMER, JR.,
for and on behalf of his children, BREANNA
NICKOLE WHITMER, NICHOLAS WHITMER,
DONALD WHITMER, III, DAKOTA WHITMER,
TOMMI WHITMER, TREY WHITMER, and
BRITTONY WHITMER,

      Plaintiff,

vs.

CITY OF WEST MELBOURNE,
a political subdivision of the State of Florida,
JACOB MATHIS, Individually, and
KEVIN KRUKOSKI, Individually,

      Defendants.
_____/

## RESPONSE TO DEFENDANT CITY OF WEST MELBOURNE'S MOTION FOR SANCTIONS

**COMES NOW**, DIANNE LEVESQUE, as Personal Representative of the ESTATE OF DONALD WHITMER, JR., for and on behalf of his children BREANNA NICKOLE WHITMER, NICHOLAS WHITMER, DONALD WHITMER, III., DAKOTA WHITMER, TOMMI WHITMER, TREY WHITMER, BRITTONY WHITMER, (hereinafter "Plaintiffs"), and hereby files this response to Defendant CITY OF WEST MELBOURNE'S Motion FOR Sanctions, (DOC 110), and in support thereof states as follows:

The Defendant CITY OF WEST MELBOURNE has filed a Motion for Sanctions (DOC #110) regarding the Plaintiff's alleged failure to provide updated information for

1

the decedent's survivors, who are not parties, are not represented by the Attorney's representing the Estate. Most of whom live in Ohio, and some of whom move about frequently to other states. Counsel for Plaintiff made it known that they did not represent the survivors but only the Estate.

According to Defendant, CITY OF WEST MELBOURNE'S, own Motion, Rule 26(a)(1)(A)(i) requires the Plaintiff to provide, "IF KNOWN, the address and telephone number of each individual likely to have discoverable information." Plaintiff provided this information in its Rule 26 Disclosures known and provided updated information, if and when it became known to Plaintiff. The Plaintiff did not have updated contact information for the survivors and then failed to provide that information to Defendant, the City of West Melbourne. The survivors are not and have not been represented by GARY HOLLAND, ESQ., and or JOHN VERNON MOORE, ESQ. in this cause, as was made known to the Defendants.

The Defendant, CITY OF WEST MELBOURNE'S Motion for Sanctions must fail for all of the reasons discussed above, and also must fail because it is not sworn to, is not verified. Almost all of the Exhibits to support the costs, which are Exhibits Number 31, 30, 29, 28, 27, 26, and 25, are not sworn, verified, or otherwise admissible. There is also no evidence of what additional costs were allegedly incurred by Defendant, CITY OF WEST MELBOURNE. Counsel for the Plaintiff informed counsel for Defendant that they did not represent the survivors and therefore had no duty to produce the survivors at the depositions. Accordingly, Defendant's Motion must be denied for the reasons stated herein.

**WHEREFORE**, DIANNE LEVESQUE, as Personal Representative of the ESTATE OF DONALD WHITMER, JR., for and on behalf of his children BREANNA NICKOLE WHITMER, NICHOLAS WHITMER, DONALD WHITMER, III., DAKOTA WHITMER, TOMMI WHITMER, TREY WHITMER, BRITTONY WHITMER, (hereinafter "Plaintiffs"), Motion for Sanctions. (DOC 110).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy hereof has been furnished via email service to all parties on the attached Counsel List this 25thday of February 2021.

    */s/ John Vernon Moore /s/*
    **JOHN VERNON MOORE, ESQUIRE**
Florida Bar No. 105403
    ***The Law Office of John Vernon Moore, P.A.***
    700 N. Wickham Road, Suite 206
    Melbourne, Florida 32935
    Tel. (321) 529-7777
    Fax (321) 529-2289
    E-Mail:
        John@JMooreLegal.com
        CourtDocs@JMooreLegal.com
        michaelbross@brosslawoffice.com
    *Attorney for Plaintiffs*

STYLE: LEVESQUE v. CITY OF WEST MELBOURNE, ET AL. CASE NO.: 6:19-cv-2187-Orl-40DC

3

**COUNSEL LIST**

MICHAEL J. ROPER, ESQ.
FBN: 473227
FRANK MARI, ESQ.
FBN: 93243
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
Counsel for Defendant City
PHONE: 407-897-5150
FAX: 407-897-3332
EMAIL: mroper@bellroperlaw.com, fmari@bellroperlaw.com

LYMAN H. REYNOLDS, JR., ESQ.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, FL 33409
Counsel for Defendants Mathis, Krukoski & Quinn
PHONE: 561-688-6560
FAX: 561-688-2343
E-SERVICE: service_LHR@rrbpa.com, lreynolds@rrbpa.com
FBN: 380687

JOHN VERNON MOORE, ESQ.
Law Office of John Vernon Moore, P.A.
700 N. Wickham Road, Suite 206
Melbourne, FL 32935
Counsel for Plaintiff
PHONE: 321-529-7777
FAX: 321-529-2289
EMAIL: john@jmoorelegal.com
E-SERVICE: courtdocs@jmoorelegal.com
FBN: 105403

GARY LINDSEY HOLLAND, ESQ.
FBN: 860610
997 S. Wickham Road
Melbourne, FL 32904
Co-Counsel for Plaintiff
PHONE: 321-728-4911
FAX: 321-728-4870
EMAIL: Gary@brosslawoffice.com
E-SERVICE: Gary@brosslawoffice.com