UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIANNE LEVESQUE, as Personal
Representative of the Estate of
Donald Whitmer, Jr.,

    Plaintiff,

v.

CITY OF WEST MELBOURNE,
JACOB MATHIS, and KEVIN
KRUKOWSKI,

    Defendants.
_____/

Case No. 6:19-cv-2187-Orl-40DCI

## **NOTICE OF CONTINGENT SETTLEMENT**

Defendant City of West Melbourne (the "City"), by and through its undersigned attorney, hereby notifies the Court, pursuant to United States District Court for the Middle District of Florida Local Rule 3.09, that all parties have reached a settlement, contingent upon approval by the City Council, of all claims.

Respectfully submitted,

*/s/ Frank Mari*
Michael J. Roper, Esquire
Florida Bar No. 0473227
Frank M. Mari, Esquire
Florida Bar No. 93243
Primary: mroper@bellroperlaw.com;
fmari@bellroperlaw.com
Secondary: phermosa@bellroperlaw.com;
ihaines@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803

1

Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorneys for Defendant City of West Melbourne

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Frank Mari*
Attorney for Defendant City of West Melbourne