UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

6:19-cv-2187-Orl-40DCI

2021 MAR 19 PM 3:19

FILED

DIANNE LEVESQUE, as Personal
Representative of the Estate of
Donald Whitmer, Jr.,

PLAINTIFF(S)

V.

CITY OF WEST MELBOURNE, JACOB
MATHIS, and KEVIN KRUKOWSKI,

DEFENDANT(S)
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on 3/8/2021. The conference resulted in the following:

- [✓] The parties reached an agreement. *SUBJECT TO APPROVAL BY THE CITY OF WEST MELBOURNE CITY COUNCIL*
- [ ] The parties did not reach an agreement.
- [ ] The conference has been adjourned.
- [ ] Other

Dated 3/8/2021

Respectfully submitted,
**Donna Doyle, Mediator**
Mediator # 5696R
200 E. Robinson Street Suite 700
Orlando, Florida 32801
Business Phone: 407-649-9495
Toll-Free: 800-851-9173
Fax: 407-649-8698