UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIANNE LEVESQUE, as Personal
Representative of the Estate of
Donald Whitmer, Jr.,

    Plaintiff,

v.

CITY OF WEST MELBOURNE,
JACOB MATHIS, and KEVIN
KRUKOWSKI,

    Defendants.
_____/

Case No. 6:19-cv-2187-Orl-40DCI

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Dianne Levesque, as Personal Representative of the Estate of Donald Whitmer, Jr. and Defendants City of West Melbourne, Jacob Mathis and Kevin Krukoski, by and through their respective undersigned attorneys, and hereby file and serve their Joint Stipulation of Dismissal with Prejudice. All parties hereby stipulate to dismissal with prejudice of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs.

_/s/ Frank M. Mari_
Frank M. Mari
Florida Bar No. 93243
fmari@bellroperlaw.com
Secondary: ihaines@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorneys for Defendant City of West Melbourne

_/s/ Andrea G. Amigo_
Lyman H. Reynolds, Jr., Esquire
Florida Bar No. 380687
lreynolds@rrbpa.com
Andrea G. Amigo, Esquire
Florida Bar No. 11026
aamigo@rrbpa.com
Secondary: ttravis@rrbpa.com
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Telephone: (561) 688-6560
Facsimile: (561) 688-2343
Attorneys for Defendants Jacob Mathis and Kevin Krukoski

_/s/ John V. Moore_
John V. Moore, Esquire
Florida Bar No. 105403
john@jmoorelegal.com;
Secondary: kristy@jmoorelegal.com
The Law Office of John Vernon Moore, P.A.
700 N. Wickham Road, Suite 206
Melbourne, FL 32935
Telephone: (321) 529-7777
Facsimile: (321) 529-2289
Attorney for Plaintiff